IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JOSEPH W. ALLEN,

    Plaintiff,

v.                                                            4:22cv148–WS/MJF

RICKY DIXON, et al.,

    Defendants.

_____

ORDER ADOPTING THE MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation (ECF No. 23) docketed January 31, 2022. The magistrate judge recommends that (1) Plaintiff's Eighth-Amendment claim against Defendant Centurion and all claims against Defendant Ricky Dixon be dismissed with prejudice pursuant to 28 U.S.C. §§ 1915(e)(2)(B)(ii) and 1915A(b)(1); (2) Plaintiff's claims against Defendant Officer Jordan be severed and dismissed without prejudice as improperly joined; and (3) Plaintiff's claim for "injunctive relief from transfer" be dismissed because he has not plausibly alleged that he faces a real and immediate threat of a future transfer for an improper purpose. Plaintiff has filed objections (ECF No. 24) to the

report and recommendation. Defendants have filed neither objections to the report and recommendation nor a response to Plaintiff's objections.

Having reviewed the matter in light of Plaintiff's objections, this court has determined that the magistrate judge's report and recommendation should be adopted. Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation (ECF No. 23) is ADOPTED and incorporated by reference in this order.

2. All claims against Defendant Ricky Dixon are DISMISSED with prejudice pursuant to 28 U.S.C. §§ 1915(e)(2)(B)(ii) and 1915A(b)(1).

3. Plaintiff's Eighth-Amendment claim against Defendant Centurion is DISMISSED with prejudice pursuant to 28 U.S.C. §§ 1915(e)(2)(B)(ii) and 1915A(b)(1).

4. Plaintiff's claims against Defendant Officer Jordan are severed and DISMISSED without prejudice as improperly joined.

5. Plaintiff's claim for "injunctive relief from transfer" is DISMISSED for lack of standing.

6. The clerk shall return the case to the magistrate judge for further proceedings.

DONE AND ORDERED this ___7th___ day of ___March___, 2023.

<u>s/ William Stafford</u>
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE