IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JOSEPH W. ALLEN,

    Plaintiff,

v.                                                 4:22cv148–WS/MJF

WILLIAMS, et al.,

    Defendants.

_____

### ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation (ECF No. 58) docketed July 5, 2023. The magistrate judge recommends that Plaintiff's deliberate-indifferent claim against Defendant Williams, a nurse at the Apalachee Correctional Institution, be dismissed. Plaintiff has filed objections (ECF No. 64) to the report and recommendation.

Having reviewed the record in light of Plaintiff's objections, the undersigned finds—as did the magistrate judge—that Plaintiff's deliberate-indifferent claim against Williams is due to be dismissed. Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation (ECF No. 58) is

hereby ADOPTED and incorporated by reference into this order.

    2. Defendant Williams's motion (ECF No. 52) to dismiss for failure to state a claim is GRANTED.

    3. Plaintiff's deliberate-indifference claim against Defendant Williams is DISMISSED with prejudice.

    4. The clerk shall note on the docket sheet that Williams has been terminated as a defendant in the case.

    5. The clerk shall return the case to the magistrate judge for further proceedings.

    DONE AND ORDERED this __8th__ day of ___August___, 2023.


                      s/ William Stafford
                      WILLIAM STAFFORD
                      SENIOR UNITED STATES DISTRICT JUDGE