UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JOSEPH W. ALLEN,

    Plaintiff,

v.                                                4:22cv148–WS/MJF

ROLAND WILKERSON and
TYRONE ASKEW,

    Defendants.

_____

ORDER ADOPTING THE MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation (ECF No. 82) docketed February 6, 2024. The magistrate judge recommends that Defendants' motion to dismiss be granted as to Allen's equal-protection claim only. Defendants object (ECF No. 83) to the report and recommendation to the extent the magistrate judge recommends denial of Defendants' motion to dismiss Plaintiff's claim for punitive damages. The magistrate judge did not address the merits of Plaintiff's punitive-damages claim but, instead, determined that, "[a]t this [motion-to-dismiss] juncture, the District Court need not decide whether [Plaintiff]

may recover punitive damages." ECF No. 82, p.16. Plaintiff has not filed objections to the report and recommendation, nor has he filed a response to Defendants' objections.

The undersigned having found Defendants' objections unpersuasive, it is ORDERED:

1. The magistrate judge's report and recommendation (ECF No. 82) is ADOPTED and incorporated into this order by reference.

2. Defendants' motion to dismiss (ECF No. 61) is GRANTED as to Plaintiff's equal-protection claim. Defendants' motion is otherwise DENIED.

3. Plaintiff's equal-protection claim against Defendants Roland Wilkerson and Tyrone Askew is DISMISSED with prejudice.

4. The clerk shall return the case to the magistrate judge for further proceedings.

DONE AND ORDERED this   10th   day of   March  , 2024.


s/ William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE