IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

CASE NO.: 4:22-CV-148-WS/MJF

JOSEPH W. ALLEN, Dc# X35926,

Plaintiff,

vs.

ROLAND WILKERSON and TYRON ASKEW,

Defendants.

_________________________________/

VIDEO-RECORDED DEPOSITION OF

JOSEPH W. ALLEN

Monday, August 12, 2024
2:23 p.m. - 3:33 p.m.

Wakulla Correctional Institution
110 Melaleuca Drive
Crawfordville, Florida 32327

Stenographically Reported By:
JUDY LYNN MARTIN, STENOGRAPHER

Job No.: 372711

APPEARANCES:

On behalf of Plaintiff:

JOSEPH W. ALLEN, INMATE, pro se

On behalf of Defendant:

Office of the Attorney General
The Capitol, PL-01
Tallahassee, Florida 32399-1050
(850) 414-3645
BY: BRIAN FALLON, ESQUIRE
brian.fallon@myfloridalegal.com

# I N D E X

Testimony of JOSEPH W. ALLEN
Direct Examination by MR. FALLON 4
CERTIFICATE OF OATH 61
CERTIFICATE OF REPORTER 62
Errata Sheet 63
Read and Sign Letter 64

## EXHIBITS

(None marked)

The following proceedings began at 2:23 p.m.:

THE STENOGRAPHER: Raise your right hand.

Do you swear or affirm the testimony you're about to give will be the truth, the whole truth, and nothing but the truth?

THE WITNESS: Yes, ma'am.

JOSEPH W. ALLEN,

having been first duly sworn or affirmed, as hereinafter certified, testified as follows:

DIRECT EXAMINATION

BY MR. FALLON:

Q All right. So, Mr. Allen, obviously we're here today because I'm deposing you for -- in your case of -- against Roland Wilkerson and Tyron Askew. It's Case Number 4:22-cv-148 U.S. District Court, Northern District of Florida, Tallahassee Division.

Can you please state your name for the record?

A Joseph Wayne Allen.

Q And what is your DC number?

A X35926.

Q Okay. And I'm -- we're here today August 12th, 2024, to ask you questions about your case.

Have you been deposed before?

A Yes.

Q Okay. So you may be a little bit familiar

with some of what I'm going to say. I'm going to have a refresher and just run through. So first of all if you ask -- excuse me.

Answer all questions verbally, because the court reporter cannot record nonverbal answers. So if you respond to a question by nodding your head, the court reporter will just say nods head instead of saying yes.

A Yes, sir.

Q If you do not understand the question, please ask me to repeat it or to rephrase it. If you need to take a break such as the restroom or drink of water, anything like that, you know, please let me know.

MR. FALLON: And the same goes for you, Madam Court Reporter.

BY MR. FALLON:

Q Objections can be made, but cannot be handled right now. If you have an objection to a question, you can object, it will be noted for the record, but you still have to answer the question.

A Yes, sir.

Q Are you on any medications currently?

A Yes, sir.

Q Okay. Do you have anyones that would inhibit or impair your -- impair your ability to answer

questions properly or truthfully?
A No, sir. I'm diabetic, so I'm on Metformin and I'm on -- I'm sorry, Metformin for diabetes and high blood pressure medication. That's all.
Q Okay. All right. You know, no alcohol, no illicit drugs, anything like that?
A (Nods).
Q Okay. And as a reminder to, you know, be truthful and honest with me during the deposition. After transcripts are completed, would you like to review them or do you waive that?
A I would like to review them, please.
Q Okay. So you'll be afforded an opportunity to review the transcripts as well as be provided something called an errata sheet and that's for any corrections that need to be made such as, you know, like let's say you said his but she wrote down her, you could make corrections --
A Spelling corrections; correct.
Q Yes. You can't make any substantive changes. And if you do, then, you know, I have the right to then redepose you about those changes.
A Okay.
Q I'll -- my office will provide you a copy to review, but if you want to purchase a copy you have to

do so from madam court reporter.
A Okay. But your office will supply me with a copy?
Q You can review it, but not keep it.
A Not keep it.
Q And if you want to keep -- keep it, you have to purchase your own copy.
A Through the court reporter?
Q Correct.
A Through you -- okay. Your office?
Q Yes. We can direct you to her if you desire to purchase a copy.
A Okay. Great. Great. What county -- do you mind -- can I ask you what county you're out of or where this court reporter is out of?
THE STENOGRAPHER: Can we go off the record?
MR. FALLON: Yes, we can go off the record.
(Pause)
BY MR. FALLON:
Q So this case involves allegations pertaining to your incarceration stemming from alleged deliberate indifference to -- by two officers; correct?
A Yes, sir.
Q Okay. How long have you been in FDC custody?
A FDC custody since 2007.

Q Okay.
A I was incarcerated in 2003 and got convicted in 2004 and shipped to Kentucky and then came back in 2007.
Q Okay. Are you -- this is your first time in FDC custody?
A This is my first time in general more than eight hours --
Q Okay.
A -- but yes.
Q Yes. Do you have any chronic medical issues?
A Many.
Q Many?
A Many.
Q Okay. If you like I can limit that to -- well, I guess -- I guess we can start -- I guess we'll start generally. If we need to be specific we can get there, but what kind of chronic medical issues do you suffer from?
A I'm ADA inmate now. I'm partially blind due to the fall of November 16, 2021. I fell off the back of the bus and -- prior to that I had back surgery and I have passes and I've had passes for years. I had back surgery. I have herniated disc. L4 was removed and I need L5 removed, but I haven't had that surgery. And my

knee keeps blowing out now, so I have that issue.

I'm Type 2 diabetic. I have that issue. I have high blood pressure. I have hearing impairment, not major, but it's -- I have hearing impairment and I think that's it.

I got a little mental health issues due to them saying nothing was wrong with me and me being blind. I knew I was blind. And when I came for the test here, they finally after two years she said, oh, my God, what happened to your eye, when did -- and she -- how long have you been blind, Mr. Allen, and I said, since November 16, 2021. And she said, your retina is totally detached to your left eye.

And I knew that I was going blind. I could see nothing out of my left eye and my right eye is getting bad. I have three, whatever it's called, three something cataracts in my right eye also and left eye, but they haven't done no cataract surgery so far, so I'm going blind. I can see you -- right now I can focus, this is okay in here, you know, but sometimes I have trouble seeing.

And I have a little problems with pitch hearing, that's really more so -- I can hear okay, but I can't make out the pitches from some people.

Q Okay.

A I think that's pretty much it. The mental health -- I'm not on any mental health drugs since 2014.

Q Okay. All right. I may circle back to some of the injuries a little bit later, but thank you.

So the allegations of your complaint are regard to Defendants Roland Wilkerson and Tyron Askew on November 16, 2021; is that correct?

A Yes, sir.

Q Okay. So do you mind telling me a little bit about -- I know, you know, you wrote out the complaint and everything and it may -- it may seem a little repetitious, but can you walk me through --

A Sure, I'd love to.

Q -- the incident that happened that day?

THE STENOGRAPHER: Okay. Wait a minute. You got to wait until he's done before you start answering.

THE WITNESS: Okay.

THE STENOGRAPHER: If you could start with repetitious, can you walk me through.

BY MR. FALLON:

Q Yeah, walk -- walk me through the incident that day.

A Okay. Prior to that day I had an incident with a captain at Blackwater and he hit me in the mouth

and -- with a folder, rolled up folder, and busted my mouth open. And a sergeant -- it was Captain Clock (ph) and Sergeant Chapman and they -- they physically attacked me.

So I had filed inspector general complaints against them and so and so forth and grievances and never got response back from the grievances. I did get a response back from the inspector general when he came and seen me or one of his representatives came and seen me and they did an interview with me and I never heard no more.

Then they put me on the bus November 16, 2021. And when the officers came to take me to ACI, the officers that I'm -- filed the suit against, I showed them my passes, that I had medical issues and I'm not supposed to lift more than 20 pounds and no prolonged standing, stooping, bending, and so forth, low bottom bunk pass, all of the passes.

I tried to show them. They said we don't care about your passes. We don't want to see your passes. We don't give a damn about your passes. And they said a few more choice cuss words, but I just don't want to really repeat them.

But I said, sir, please can I just get -- I don't have a problem with you not caring about my

passes, can you not put the shackles on me until I get my law work on the bus. I had -- at that time it was like six bags of law work, heavy bags of law work, like 50 pounds each bag.

And I said, can you not put the shackles on me until I get this on the bus and I'll come back and do shackles. No, you don't call it your way. This is how we do it. You're getting shackled and you carry your law work or you leave it, you desert it.

And I said, I'm not leaving my law work, sir. I said, I need my law work. I said, and I don't have a problem carrying it, but I cannot pick it up like that with the shackles. Well, we'll have someone put it on your shoulders and that's it.

So one of the orderlies, the property orderly at Blackwater said, I'll help him get it on. And he said, no, you won't. You won't help him get nothing on. He said, we've done been told about you. You're a troublemaker, you write a lot of grievances, you write -- you have a lot of issues with officers, and we don't care about your issues. You either carry it or -- we don't care about your passes, we don't care about your issues, we don't -- and this -- I'm being honest, and you carry it or you desert it. And I said, okay, I'll carry it.

So they helped put it -- not officers, but the inmates put it on my shoulders and I struggled with it getting it up to the bus, you know, getting it to the bus, and then from the -- from there I had to put it down -- and this is three trips I had to make, because it was six bags, not counting I had two bags of personal property too.

So they loaded my shoulders up and it's 200 pounds -- or 50 pounds each bag, so it's four bags on me, so it's approximately 200 pounds every time and I'm only 190 pounds.

But as I'm going up the bus with the black box on and the shackles, it only gives you a few inches to move. The black box only gives you a few inches to move. So I'm one step at a time going up the steps.

When I get to the second to the top step, the second to the last top step, it rocked. I stepped on it and it rocked back and I lost my balance. And I tried to grab the rail, but the black box wouldn't let me. The chain would not let me grab the rail and I fell back and hit my head. And my glasses flew -- my other glasses flew off and, I mean, I hit hard.

Everybody -- I mean, everybody just said, Old Man, stay down, all the inmates. And then I looked at the officers and there was two female working nurses --

or classification, sorry, checking us out and they were staring too.

And there was -- nobody was laughing at that time. Nobody was laughing at me or anything. They were concerned. And I could see them, you know, and I got up as fast as I could. I got my glasses as fast as I could.

And, you know, when you first get hurt a lot of times you -- it doesn't hurt for a minute, you know, you're in shock, you know, and it was embarrassing, you know, and then -- and then I'm getting up and they're telling me stay down, Old Man, stay down. You -- you hurt yourself, you know, I'm like, no, I'm not hurting.

You know, and I get up and -- I didn't say that, but I'm thinking that, I'm not really hurting right now, you know, but I got up, you know, I was embarrassed. I was kind of humiliated, you know, and -- because I used to be stronger than that.

So anyway I get up and I said, will y'all please help me just get these back on my shoulders, but they went on and -- the guys went on and got them two bags on -- on the bus, you know, and -- and so then they loaded me up with another load and I went on and got it on the bus and I sat down on the bus, and this is three loads on the bus.

So then officer -- the white officer, Wilkerson I believe is his name. I'm not sure really which one is which. I didn't know none of their names at that time, but the white officer he comes and he says, Old Man, and I said, yes. And he said, get off the bus. The nurse is here. She wants to talk to you. And I said, okay.

And so I stood up, tried to get off the bus, but they kept letting other inmates -- and, you know, them buses don't have much room. So they were just -- other inmates are coming on the bus as he starts screaming at me. And I started screaming back at him, if you stop letting people on the bus, I can come off the bus. I can't come off the bus until I got room to get off the bus.

So he said, hold up a minute. He said, come off the bus. So I went off the bus and I got off the bus and there -- he's laughing. And he said this is the guy that fell and he's laughing at me. And I'm thinking, well, why are you laughing, you know, it ain't funny. And he said, well, it was kind of funny the way you fell, because you bounced right back up, you know, and he's -- he's just joking about it and the nurse is laughing and she's saying, oh, you know, you're crazy. And I said, look, I just want to get out of here. And

she said, are you okay, do you need to see medical. I said, no, I don't want to see nobody. I just want to go. I just want to go. I said, you know, it's embarrassing and, you know, I just want to go, please. And he said, well get back on the bus, Old Man, so I got back on the bus.

And then before I even -- after about 15 minutes on the road, I started hurting. My head started hurting. Today it still -- if I touch the top of my head, it's still sensitive, it still hurts, and I get pain behind my ears sometimes.

And, you know, and nobody -- they've never done any testing to find out what's going on. I lost my vision immediately and I told them. I said, I think I'll get it back, but, you know, I'm -- I can't see out of my left. I have no vision right now. I don't know what's going on, you know, but I think I'll get it back, you know, I just kept thinking I'm going to get it back, because you don't want to think you lost your vision.

But I go to medical -- the first day I get to medical they were very nice at ACI. As soon as I got to ACI I told the officer, I said, I'm -- I'm in pain. He said -- and the officer was okay then. And he said, this -- this old man fell bad off the bus, he fell hard, he hit his head hard. And he said, I think, you know,

y'all need to check him out.

So I went to medical. The director of nursing was there at ACI when I got off the bus and she said, go to medical. So they took me to medical and they, you know, gave me some Ibuprofen and gave me some muscle rub and some stuff and she said, if you have any more issues, enter sick call and I did. And then, you know, it was just a mess after that, now where do you want me to go?

Q All right. So do you recall the name of the officer that you spoke to when you got off the bus who talked about you falling --

A The white officer again.

Q Oh, the same one?

A Yeah, the same officer.

Q Okay. All right.

A I spoke to both officers prior to getting on the bus and tried to show each one my pass, because the first -- the black officer was the one that was talking to all of us inmates and the white one was just standing there with him and I said, sir, can I show you my pass? And he said, shut up. And I said, okay.

And so I waited. He went on and did his speech and walked away. And I said, sir, to the officer, and I said, I have passes. He said, what's

your passes. I said, medical passes. And he says, for what. And I said, no prolonged lifting, standing, and I tried to show him. He said, I don't care about your pass. I don't want to see them. I don't care about your passes. You either carry it or you're -- you're not taking it, you're deserting it, you know, so. I don't want to see your passes. I don't care about them.

Q So this -- so the white officer, Officer Wilkerson, he initially tried to have you come off the bus to see the nurse and you saw the nurse and said, you know, I'm okay --

A Yeah, he was laughing, though. He was laughing at me. It kind of embarrassed me. It really did embarrass me, but, yes, he did -- he's -- he's the one who told me get off the bus, Old Man, you know, and I said, stop them from coming on so I can get off. I said, I will gladly get off.

Q But he's also the same officer who once you arrived at ACI, which for the record is -- is it Apalachee Correctional?

A Yes.

Q Yes?

A We just called it ACI, you know, or -- yeah. So it is Apalachee, but, yeah, it took me a long time...

Q But when you told an officer that you were in

pain and needed to see medical, that was also the white officer, Officer Wilkerson, who you talked to and he said you need to see --

A There was three or four of them standing there when I got off the bus and I said, I'm -- I'm in pretty bad pain and I said -- and he just -- he said -- well, he was the one that was one of the transport officers and he's the one who responded. He said this old man fell off the bus and he told them what happened.

Q Okay.

A He told the director of nursing and all what happened --

Q All right.

A -- so. He said, he fell pretty hard. He did say that, you know, he -- he did say that, he fell pretty hard and hit his head. But I pulled my back and everything, I've not been right since, so.

Q So how did your -- I guess is it legal bins or bags you -- you said?

A Correct. They took them out of boxes. I had boxes. I had -- I had four boxes in there and they destroyed one of my boxes of legal work and that -- that's a lawsuit I sued against them, but just -- anyway it didn't go anywhere. So anywhere they -- they destroyed a whole box of my legal work. And so they

took it out of boxes and then they put them in bags. They -- they took my boxes and made me put my stuff in bags.

I had to buy the bags from other guys, you know, the -- the orderly guys were selling me bags to put my law work in, because I didn't have none -- I said, what am I -- if you're taking it out of the boxes, what -- you're not taking our boxes. I said, well, how am I supposed to carry this stuff. Well, you figure that out. I said, well, I got to have bags or something to put it in, and they said, well, you got -- you got to come up with something.

I said, well, I'm transferring, how am I going to come up with something. I didn't know, you know, I was supposed to come up with bags, so I bought some bags from the -- the orderlies there. I said, hey, can you guys sell me some bags and, well, let me see what we can do. So I bought six bags from the orderlies, you know, so I took all -- I can to buy the bags.

Q So --

A The laundry bags, big laundry bags. Two of them were nice. One I had already. It was a nice big huge laundry bag. I paid $5 there for -- for the laundry bag, you know, it's my own personal bag. They sell you everything there, you know.

Q So you had a few bags of --
A Six bags of legal work, yes.
Q So where was that -- before being brought outside or -- or to the bus, how did they get from -- well, I guess where was it before, was it --
A The property room and that's where we transfer from. It -- it --
THE STENOGRAPHER: Wait. Wait. Repeat your answer and remember to pause.
A Okay. Yes, sir. The property was in property room and that is where we transfer from, this property -- outside the property room. There's doors that -- where the bus parks right outside of the property room, and that's where we transferred at. So I didn't have to carry it very far, probably 75 feet from the property room to the bus.
BY MR. FALLON:
Q Okay. So you carried it from the property room to the bus, but the bus and where you load up is in close proximity to the property room?
A Correct, but we had to put it on the bus. They wouldn't put it under the bus because it's my personal property, so we had to carry it on the bus with us. So we had to put it in the cram -- cram it under the seats the best we could and it was very, very

uncomfortable and a lot of -- a lot of law work, a lot of legal litigation.

Q Take a step back for a moment back to your conversation with the defendant. So you mentioned the extent of your interaction with the white officer, Officer Wilkerson, that he basically just ignoring your medical pass and, you know, used some harsh language?

A No, sir. He wasn't just ignoring my medical passes. He was cruel. He was treating me and saying things that was humiliating and embarrassing too. He was trying to totally -- I feel like he was trying to humiliate me by talking about my charges and my cases, my grievances, my legal litigation, and they were -- they were -- both of them were battering back and forth between Wilkerson and Askew, were both saying derogatory statements to me and -- and, you know, we know what kind of guy you are, and I was kind of shocked.

I was -- I was really shocked, because I had never been treated like that by officers like that until that day or until prior to that day when the Blackwater officers abused me, and then from there on it's been -- it's been heck.

Since April the -- April of 2021, it's been one officer after another officer after another officer in Department of Corrections. So it's just been --

it -- it escalated from -- that incident that happened at Blackwater has escalated and just keeps following me and I cannot escape it. I cannot get away from it.

Q All right. Do you happen to know any other witnesses to the incident aside from the two defendants of who -- whether it's inmates or nurses or -- or anyone else?

A Yes, there was, I mean, at least -- there -- there was a full bus.

Q Right.

A So at least 40 of them guys on that bus seen everything that happened and heard everything that happened. Any of them -- I have no friends, I don't know, but if you got a list of them bus -- of the people that was on the bus, several of them told me call me, call me, and they said their name, but I don't remember. I was very confused.

I started getting a little scattered brain and headache and tried to doze off on the bus, but I couldn't, but I was in pretty bad pain, and they seen it. Some of the guys seen, they knew I was hurting, you know, and they were like, you know, you -- you call me, I'll verify.

Even at this camp there's a couple guys that I run into and they say, you remember me, I was on the bus

with you when you fell. And I was like, no, I don't remember you, you know, but -- well, I seen you, you know, and I'm like, okay.

Because it's a small world. Believe it or not, they keep most of us north and -- and we go to a lot of the same camps, you know, and -- and I do a lot of law work for a little pay stuff for people, so a lot of people remember me and -- and I'm an old white man and tattooed up, so they -- they remember me.

Q I understand.

A The color.

Q Right. I understand.

THE STENOGRAPHER: I didn't hear what you said.

THE WITNESS: The color, the color ink on my tattoos.

BY MR. FALLON:

Q You had mentioned that shortly after you had hit your head, there was two female officers who may have also observed it?

A They were classification officers, yes.

Q Okay.

A They -- they -- they did notice -- they -- they were shocked. They -- they got on the radio and was calling for, you know, nurses and stuff to come,

because they thought -- the one classification -- I don't know any -- I don't know any of their names. They were just like, oh, my God. You know, one I heard her say, oh, my God, you know. When I fell she was like, oh, my God.

And then -- then the inmates started screaming, stay down, Old Man, stay down, you know, because I was trying to get up and -- I was really confused, you know, and -- you know, I was really confused and I was embarrassed. I was humiliated, you know, it's humiliating, you know, fall -- if I could have just grabbed the rail, I wouldn't have lost -- I wouldn't have fallen like that, you know, but I knew I was headed backwards and -- and I just couldn't grab the rail.

The -- the shackles don't let you. It's just down at your waist and you only have a few inches, you know, I couldn't stop.

Q Right. So you mentioned they might have called for radio traffic to have a nurse come outside?

A They did. I heard them, yes. The one classification officer that said, oh, my God, you know, she called for medical. She called, I need medical here, you know, this guy fell.

She wasn't laughing, you know, she wasn't

laughing at all. And none of -- none of the other brothers, inmates, you know, was laughing either and -- and nobody was laughing at first, you know, then they start -- you know, when they seen I was okay, then they -- just several people started laughing. Man, that was a fall. And I said, I've fallen off horses bigger than that, you know, and I'm trying to play it off, you know, but I'm thinking, God, man, I'm hurting, but, you know, it wasn't that bad yet, you know, so.

Q I understand. So --

A You get used to the pain. You get used to the pain after a while. You hurt and hurt so many -- so much that you just get used to it. You get numb, you know, like just -- you know, they're not going to do anything for me, you know, they're just not. They don't want to know what's wrong, because they're not going to fix it, you know, but I started involving the newspaper in all my troubles now -- anyway, I'm sorry.

Q No, that's okay. So I know you went over a bit of your injuries, but being chronic and passes and whatnot, what injuries did you suffer from this incident? I know you mentioned some of them already, but --

A A total detachment of my left retina. I've had two surgeries so far. I have muscle control, so my

eye doesn't look bad. But like now, I can see three of you and I have no depth perception at all. And when somebody tries to throw a roll of toilet paper or Wite-Out or anything to me, I'll just do that to block it from hitting me. Because when I don't do that, it hits me in the face.

It's -- I can see it for a second. It's just not funny, but -- and I can write only closely if I get -- put my patch on. I have to put my eye patch back on, and I put this on and I can write. As long as I stay close to the paper I can write, but sometimes I miss letters and -- and just miss whole words and sometimes I do half -- half the word and -- and they keep taking my Wite-Out. I keep paying a bag of coffee for another Wite-Out and they take it. It's aggravating. It's frustrating.

We don't have any typing to type. We don't have nothing to type it. You have to put everything in for typing. And if you misspell a word, they're supposed to type it like you spelled it, you know, so I have to bless them guys for correcting my mistakes, you know. So everything costs you here, everything that you do cost you, cost you. You can't type yourself, they won't let you, you know, so everything costs.

Q All right. So what other injuries besides

your -- your eye?
A My herniated disc. I believe it has blown it out worse than it was, because I already had injured my back. The second time they wanted to go in and have another MRI on me and -- prior to getting locked up.
And I know that I have a herniated disc, because prior to getting locked up I had a second herniated disc and I have not had surgery for it. And then I know I pulled it out even worse, because ever since I've started having back pains again.
I was doing okay, because I was just a houseman and I wasn't doing a lot of heavy lifting, but lifting them bags really hurt me. Lifting them bags it pulled my -- I think it bulged the -- made the disc come back out. I don't know. I don't know what it did, but when I fell, it hurt. It hurt my back.
My knee keeps giving out, but it doesn't give out enough to -- it hasn't went all the way out. I put a tattoo of Jesus on my knee, so he owns my knee. So if I have a knee replacement, then that's -- they're going have to take his face off of that.
Q All right. So let me go into a little bit about your previous back injury. You said it was a -- previously a herniated disc?
A Yes, sir.

Q Okay. And did you say you had surgery regarding --
A Yes, sir, I did.
Q Okay.
A Would you like to see the scar? It's not -- it's not -- it's really accessible. You can see it.
Q I appreciate that, but --
(Simultaneous talking)
BY MR. FALLON:
Q I don't know there's a purpose to it, but do you know approximately when you had that issue and --
A It's in my --
Q -- when you had surgery for it?
A It's in my file, File Number 6 I believe it is. I think I got 19 files. It's in File Number 6. I had all of that sent in to Department of Corrections for proof of -- of my back injury and it is in my file. I believe it's File Number 6. I'm almost positive it's File Number 6, but when it was, it was --
Q What's the year?
A I'm getting ready to -- I'm just guessing. I'm not positive. I'm going to say about '97. I don't know. I'm just guessing on that.
Q But it's been a number of -- number of years ago?

A Yes, a number of years prior to me being arrested.
Q Okay.
A I was 40 years old when I came to prison, two weeks from being 40.
Q So it's a little bit repetitive, so ongoing injuries today would be obviously your - your eye, your right eye, your --
A My left eye is the one that -- my left eye is the one I had the -- the total detachment of the retina. I have cataracts in both eyes, but the left eye is the one that got injured in that fall.
When I fell I hit my head so hard. It actually -- I fell so far that the top of my head hit, not the back of my head, the top of my head hit and -- because this is where it's still sore right now. I can feel the top of my head.
I think, you know -- I'm sorry. I don't really like saying this, but ever since I fell I've been short fused, I've been -- I got something wrong in my brain. I mean, it's just -- I know there's something wrong up there, because I get aggravated and frustrated real easy and -- and I just -- sometimes I just -- I'm a smartass. I hate to be like that, but when somebody says something kind of -- I think it's kind of stupid, I

tell them, you know, and it's like you can't do that to officers. You can't do that in DOC, you know, you got to watch what you say.

And I'm always saying stupid stuff now. I didn't -- I wasn't that bad before this accident. I -- I never had DR or any of that, you know, and it's just like, gosh, it's five since then, you know, five DRs since this accident.

It's just like, I don't know, I don't understand it, you know, because I -- I really -- I don't mean to be short fused with people. You know, and I tried to kill myself. I was so frustrated.

I was in confinement in '21 when I got my first DR here, and I told the officer, I said, I'm sorry, man, but I just made up five beds. I just made up five beds and it's 20 minutes after 4:00 and you're coming out here and you're telling me to mess up all on the beds and take all the sheets off my bed, I'm not going to do it. I just -- you know, I just made up five beds and you want me to mess up everybody's bed, because they're going to come and inspect.

They used to do it on Tuesdays and they would do it. And, you know, if they -- if you're doing it and -- when we have the mattress rolled up, that's fine. Or if you tell us don't make up your beds because they're

coming to inspect, that's fine. But now we make up our beds and you tell us to mess up our beds because they're going to come 10 minutes from now and you want me to mess up my bed and -- and the other four that I made.

So I got kind -- I said, I'm not going to do that, so I disobeyed an order, a verbal order and she locked me up. And she took $142 of my property and took it away from me. I mean, I've never seen it. I've still never seen it.

So then they lock me up in confinement and I'm back in confinement by myself and I was in pain and I was hurting. And they said, nothing's wrong with your eye, you know, why are -- you keep lying and saying something's wrong with your eye. And I said, I can't see. I'm going blind. And this guy started a fight with me and -- and we -- he ended up hitting me in this eye again, you know, and I'm like I can't see, I can't see you, man, I'm telling you I can't see you.

Q Not to interrupt, so who was -- who was this interaction with right now --
A That I'm talking of?
Q Yes.
A I don't know who he was. I mean --
Q Was it an AMA, and officer --
A Yeah, yeah, you know, they locked me up. They

locked me up.

Q So this was someone else in --

A This is when I got out of confinement. It wasn't when I was in confinement. This is after I tried to hang myself.

Q Okay.

A I went to confinement and I was in there for like 30 days. I got a DR for disobeying a verbal order. And then when I got out of confinement, I didn't have -- my property was missing, a lot of my property was missing. And this guy and me had words and I got short with him too and he sucker punched me and I told him I can't see you, man, I cannot see you.

That -- that didn't really bother me. It was -- it was me trying to kill myself. I tried to hang myself two times back there and the -- the -- the sarge -- one of the sarges is still there. He's back there now.

Matter of fact I just got out of confinement again and he's still the sarge back there, Sergeant Vice (ph) is his name, good -- good sarge. But him and another sarge named Messer they came to the -- I guess -- I don't know which one seen me first, but one of them seen me trying to hang myself and called the other one. And I looked at the window and I seen

Sergeant Vice and Sergeant Messer looking at me through the window. They said, Allen, what are you doing. And I took the sheet off of my neck and I said I was trying to kill myself, and they said, man, don't do that. They said, we're going to call mental health and mental health never did came -- never came back there at all. When I got out of confinement two weeks later, a guy hung himself and died back there, you know, I don't know who he was, but anyway.

Q Well, I'm glad you're still with us.

A Amen. I mean, I guess I am too. Sometimes I really don't know. I don't know. I don't know. I know to be absent of the body is present with the Lord and I'm ready to go, you know, I just -- I don't want to go like that. I don't want to kill myself, but thank you.

Q So this inmate who punched you in the eye, do you know approximately the time frame, like how long ago that was?

A September, October -- let's see October, October or November.

Q And did you say that it wasn't until more recently -- approximately when did you -- did medical look at you and say, oh, my goodness, your eye is --

A Oh, that was two years ago. That was in 2000 -- just November of this past year, 2023. Yeah, the guy

hit me in my right eye. He didn't -- he didn't hit me in my left eye, but I had no vision in my left eye.

So when I turned away from him, he hit me and I'm like -- you know, that's when, you know, I chased him, but -- anyway I chased the guy, but he -- he didn't believe that I had my -- my -- you know, something's wrong with my eye, you know, he didn't believe I couldn't see him, nobody did because medical wasn't doing anything for me. They wasn't trying to help me or nothing.

And when the -- the optometrist, whoever she was, she was a Spanish lady, I remember that. And I finally did an eye exam. This was the second eye exam since I've been here.

And when she did the -- she did the -- dilated my eyes, dilated my eyes and did -- put the eyeglass thing on, it's a machine on her -- on her head and that's when she said, oh, my God, Mr. Allen, how long have you been blind.

And I said what do you see and she said your retina is totally detached. And she said, it's just hanging there. She said, so I'm not positive it's totally detached, but it's almost detached all the way, if it isn't.

And then that's when Dr. Cortez came back

there and a couple of the nurses came back there and they're like -- and they're looking at her and she says, he's not lying. His eye -- his retina is totally detached.

And -- and Dr. Cortez says, oh, we know what to do now. And she said, I know you do, because I have to turn this in. And she says, you know, because he said it's been two years -- over two years since he's been arguing this. And she says, and we could have seen it so quick, you know, so.

And the doctor told me that did the surgery on me, his name was Newell, Dr. Charles Newell at Southern Retral (ph) -- Southern Retral something in Tallahassee, very good doctor, very, very good -- he told me that had he been able to get ahold of me within a few months after the incident, he possibly could have given me back my vision, but so much scar tissue had built up.

He said I might eventually get it back, you know, but I don't have any vision still. I can see my peripheral. I can see things moving when my patch is off, but I cannot make out anything. I can't make out no -- no fingers or any of that stuff. I can just see something moving to the left of me, you know.

Q All right. All right.

A Then I started seeing mental health in

January. They finally called me in there when -- when I guess you got involved a little bit. I'm not sure when you got involved, January of 2022 -- I'm sorry, 2023. January 2023 mental health started seeing me and they seen me for a few months once a month.

And then Ms. Miranda was her name. She was the mental health specialist, counselor, whatever she was. She -- you know -- and she got promoted and I've not seen them since.

I've seen the new lady one time and she said, well, you know, you want me to be on -- you want to be on there monthly and I said, I'd appreciate that. I've not seen her since and that's been six months. One time I think this year I've seen her and that was it. I haven't seen them since and they -- you know, nothing, and I don't even see her anymore. I don't think she's even here anymore, but I think there's another lady now.

Q All right. So you mentioned potential behavioral changes since the incident. Did you report that to medical or counseling?

A I grieved it and grieved it. I said, I don't know what's going on. Something's wrong with my head, my brain. I don't know. I get real short fused. I get headaches. Sometimes I'll lay there, I'm not lying, I'll just cry. I'll cover up my head and cry because

the pain is so bad. And, you know, you wake up and you're like -- you know, you got to look at people, you got talk to people, you know, and they got to look at you, you know, so I just cover my head up.

I'll end up going to sleep, you know, and -- and I'll sleep it off, you know, people say, God, you sleep a lot. And I'm like, yeah, if you knew, you know, your head is busted. You feel like something is just not right in there. Something's not right in my head. I don't know what it is, but it's something that's just not right.

Something happened when I fell to not just my head, but it happened inside my head, and I have an issue and I don't know what -- what's wrong. My mom's been dead since '13, so I don't have her. She was a nurse and she -- she would help me. She would make sure you guys did something for me, but they're not doing anything for me.

And I said -- the only thing I have to do now is continually report this to the newspaper, because I'm getting no help from medical. They give me 30 pills every three months for my back, nothing for my head.

Ibuprofen --when I go, I have to pay a $5 sick call copay. They'll give me about 10 Ibuprofen, you know, just packages of Ibuprofens. And if I took them

every time my head hurt, my God, I'd be done in two days with them. So I just try to bear with it, you know, and just deal with it, you know.

I meditate. I do a lot of meditation yoga now, actually zen meditation to -- that does help me. It does help me. I just quiet down and put my earphones on, listen to my zen meditation music. It's just real soft music and I just meditate and say, please help me, Lord. And he does, he helps me.

You know, he helps me and quite often I get by decent with it, you know, but then the officers -- I don't know what happened. They just -- they don't like me, you know, they don't like me.

This camp is clean. It's a nice camp in a lot of ways, but the officers here just are very -- they disrespect. They talk to you like crap and it's -- I've noticed that it's us guys with a disability that they really single out. They lock us up quite a bit, guys with disability at this camp.

We -- you know, we got disabilities. A lot of guys can't hear right, can't see you right. We don't know what's going on. We're confused, you know. I've argued for so many people, you know, because -- I mean, I see guys and they're like, man, I don't know what's wrong, you know, like I know. I don't know what to tell

you, but we got to argue and fight for you, you know, so that's what I try to do. I try to help other people out, you know, by doing stuff for them.

Q Okay. Thank you. Shortly after the incident at ACI when you saw medical, what did you report to them, what did you say the --

A I said, I can't see, my back is killing me, my heard is hurting, I don't know what's wrong with me, please help me. I mean, it was pretty simple cut and dry. I didn't know I was -- you know, I thought my vision's going come back, you know, but I told them I can't see them.

They're like, what do you mean you can't see. I can't see, I got no vision in my left side at all and my right side seems like it's going out. I don't know what's wrong with that, but I know now it's cataracts, you know, on my -- both eyes, but the retina was detached in my left eye.

So -- but I didn't know that. I just thought, you know, it didn't look bad. It -- I had muscle control, so it doesn't look like -- you can look in the mirror and it doesn't look like nothing's wrong with you, you know, but it's just a bright white light is all I can see, you know, and I can see nothing.

And then, you know, every time I go by

somebody I know, I have to say their name to make sure that they're -- you know, why do you always say my -- I don't know why I do that. I got to speak their name to acknowledge that that's them, you know, and then they say something and I'm like, yeah, that's me, you know. Okay.

But I'm doing stupid things too. I mean, just -- just get short with people. Like I said, you know, I get short with people all the time, you know, when -- I'll tell them the answer, something to something, and they'll ask me again. I'm like, well, what are you -- what's wrong with you. I just told you, you know, why you keep asking me the same question, you know, and I don't -- I don't know why I do that.

Q All right. So you mentioned -- so you just described what your injuries were that you reported to staff and --

A And my -- my right arm and -- and wrist gives out sometimes, but it doesn't give out. It just -- sometimes it just locks up like I can't write or anything for -- you know, just for a few minutes at a time, but it just -- I can't -- can't grip the pen or anything for a minute, you know, my wrist and my elbow, you know.

That might happen to a lot of people. I don't

-- I've heard a lot of people say things like that, you know -- you know, they write a lot and, you know, they -- but it's really my -- my -- my head is the worst thing that hurts and my back, my lower back, and my knee, my right knee gives out quite a bit.

And I bleed -- I continually bleed right here from my eye since I had surgery and they don't know what's wrong. They keep saying that it -- it's okay, but it's not okay because it keeps bleeding and it gets on my pillow every day and -- and it -- I don't know what it is, what's wrong with it --

Q Is that --

A Above my eye, and -- yeah, that -- ever since I had surgery, I don't know what they done but -- that has nothing to do with my eye, but, I mean, it's -- it leaks and leaks.

Q So that cut is from the surgery in --

A No. It's -- but it's from the day that I had surgery, but it has nothing to do -- the doctor at the -- Charles Newell said, I didn't have nothing to do with that. I'm like, well, how come I got it the day I had surgery.

Q So you're not sure where it came from, but --

A Ever since I had the surgery, it's been there, you know, and -- and it leaks on my pillow. I get blood

on my pillow almost every night. You know, when I don't have a Band-Aid on my eye, it leaks. When I have a Band-Aid on my eye, it doesn't leak on the pillow. I put my pillowcase in this morning because there was blood on it, you know.

And it will sometimes -- and sometimes my pupil will -- I'll leak blood from the inside of this side or this side and my pupil will get blood on my -- this is a new one. They just gave me this new one less than a month ago, but I have to keep -- they have to keep giving me new eye patches because I get blood on it sometimes. It's starting to get blurry now.

Q I'm sorry, you say the blood is just from there or did you say from your --

A No, it comes from my eyeball too sometimes --

THE STENOGRAPHER: Wait. Wait. Wait. Wait, sir. You've got to wait until he finishes. I can't write two people at the same time, so did you say the blood?

BY MR. FALLON:

Q Comes from the cut or the eye?

A Both. After I had surgery -- I had surgery on November the 29th. I asked the doctor, I said, Dr. Newell, can I please get copies of what you did and everything that you are giving to DOC. He says, well,

why don't you get it from them. And I said, well, they won't give me this stuff, you know, just they won't give it to me.

He says, well, I don't see a problem with it, do you. And he asked the officers, do you have a problem with giving him copies of what I'm doing, the procedures. And they said, no, we don't have a problem with that as long as it's not -- you know, it's just paper form.

So he gave me copies of prescriptions that he gave them. He gave me a copy of the surgery that he had, he gave me a copy of the medication that's supposed to -- directions of the medications, seven pages, okay. He gave me seven pages of copies, so that was my copy and he gave them a copies of that. He gave them the originals and I had copies of the originals.

So I come back to the institution and they never gave me no medication, no eye drops, no nothing. I had prescriptions for all of that, but they never gave me none of it.

So I go to medical the next day and I say, listen, I got no eye drops, I got -- well, it takes a minute for us to get this stuff. I'm like, okay, well, I just want to tell you I need my medication. I'm having pains too. It's -- I'm hurting. My head's

hurting, you know, it's hurting. So eight days goes by, I wake up -- I'm on the first bunk in the dorm. I sleep on the first bunk in the dorm. The officers see me.

They say, Allen, are you okay. I mean, every day you're bleeding, you know, what are they doing for you, and I said, nothing. They didn't give me no Band-Aids, no bandages, and they're supposed to change this. I said, but medical can call me up there.

I said -- and she says, well, I'm calling them, and I said, I know, but they told me to go away. I go up there and they say go away and I'm like, well, what are you going to do for me, you got to help me. You can't -- you're not doing anything, you're not giving me medication or give me nothing, no eye drops, nothing.

So I'm writing intent to sue. I'm setting up my -- from the floor and I'm writing out an intent to sue to them. And the captain comes in, Captain Cannon, he comes in and he says, what are you doing, Old School, and I said, writing an intent to sue. And he says, well, the sergeant was telling me you're having some problems with your eyes.

And I said, Captain, they ain't giving me no help, no medication, no nothing. He said, didn't you just have surgery. I said, yes, sir. I said, but today

is the eighth day. I've had no medication on -- he said, wait a minute.

He got on the radio. He said, listen, I've got a guy that just had a retina reattached. He's bleeding from his eye. He's in pain. Their officers are telling me they see him crying. He's in pain. He's going through it. I'm going to send him up there. You all need to do something with him.

Man, I came up here. They just said, oh, my God, we're sorry, you know, and how do you know you got prescriptions. We don't know any of that. I bring up -- I said, I got it -- I got copies of everything at the dorm.

So I go back to the dorm and I get my copies and take it to them and Dr. Minardi, he used to be a nurse practitioner, Minardi says, can I have copies of your stuff, it's not in your file. I said, well, you got the originals. I just have copies of your stuff. He said, we can't find your file, Allen.

So I give him -- sure. Take copies. So he comes back and he says, I've got your -- I've got copies, but we found your file. He said, it was up front. He said, they never brought your file back, so we never gave you any of the prescriptions. He said, two of the prescriptions, eye drops we have. We have

them in stock. He said, we didn't have to order them or nothing.

He said, why didn't you -- well, why didn't I what. I come up here several times. They made me leave. I told the nurses, they're still here. I told him what -- nurses told me to get out, you know, I said, ma'am, I said, please. I said, I just had surgery and I talked to the doctor and the doctor -- I don't care what the doctor told you. That's in Tallahassee. You're in prison now.

Get out. Okay. Get out. I said, okay, you know, I'm not going to argue with you. I know you're not going to argue or you're going to jail. I said, okay, I'm leaving, so I left.

And, you know, they didn't give me nothing, nothing for pain. I went through pain, pain, tremendous pain. And it said that I could have pain, possible pain and to give me certain medications. They didn't give me none of it, nothing.

They did finally give me the drops, you know, and -- and -- and I think that's why -- I don't know why, but I think maybe that's why I've had so many issues, you know, with my eye. It's still not healed.

And he says the retina is centered and it's there. It's where it's supposed to be. It's back on

there. I guess they kind of brazed it or soldered it or whatever they do, laser surgery, back to where it's supposed to be. It's there, but I still don't have vision, you know.

And he said, you might get it eventually, you might -- you know, I can't -- he said, I can't guarantee. He said, I told you ahead of time. I said, you did. You did tell me it's not for sure that we can recover your sight, but it should be -- we should be able to. He said, so do you want to -- yes, I want to try it. I want to try it, so that's what we did.

Q Thank you. So what are your -- what sort of ongoing treatment do you have going for your continuing injuries? So like your -- you say your back still has problems, your eye still has problems, what are -- what sort of ongoing treatments, if any, do you have?

A They don't treat me with nothing. They give me -- every 90 days I have to put in a sick call. Every 90 days they charge me $5 to see the nurse, and I see the nurse and I have to do that three times before I see the doctor.

And then when I see the doctor, he represcribes my naproxen, 500 milligrams of naproxen, 30 pills. And it says in the directions on the naproxen take two to four pills per day, per -- per day as needed

for back problems, you know, for -- for -- for pain, for pain. That's what it says, for pain, but you only give me 30 for three months.

And they said, well, that's just the new regiment that DOC has for -- it's been going on for a couple years. They have never given me more than 30 pills for three months, every three months.

And sometimes I'll run out for -- it will be four-and-a-half months before I get to the next 30. By the time I put in three sick calls and end up getting to the doctor, sometimes it will be three or four months.

The last few months, the last two times I've done -- went to sick call, paid the $5 fee and come in to see the nurse, they have went on and ordered it, the doctor has, the last two times. They went on and just ordered my naproxen.

And then the next time I come they say, you know, it's -- it's been ordered. And they have been giving me muscle rub, they have -- I have to pay the $5 fee to get the muscle rub again, you know, to get that.

Q Are those the only ongoing treatments you -- you have going for your injuries?

A Nothing for my head at all, except for Ibuprofens, you know, anywhere from five to ten packs of Ibuprofens per sick call for $5. You know $5 ain't

nothing, but it's -- it's -- when you -- you know, it's just ridiculous, you know, it's the same issue, it's revolve -- it's the same issue. It's not -- it's not new -- a new issue. This is, you know -- this is ongoing issue, you know, and they don't know what's wrong with me.

They've done the X-rays on my back. They did do X-rays on my back right after the -- I had the incident, but X-rays don't show a herniated disc, only MRIs can show that.

Q So when they evaluated you after the incident or really any time since the incident, have they determined there's nothing wrong and they're just giving -- what -- what is their --

A They say they see nothing wrong. They can see nothing wrong. They say there's nothing wrong with this head. Why is it bleeding? Why does it keep bleeding, why -- I mean, why, why. Why am I not seeing? Well, we don't -- we don't see nothing wrong. I'm not saying you don't.

I mean, you -- you probably don't know what to look for because you don't know, because you're not experienced enough. I mean, because they don't really have a -- a great medical provider here. I mean, they don't know a lot.

These people are the bottom of the barrel. They're nice -- some of them are very, very nice. Some of them are very nice people and I don't down them, but they do not know what they're talking about. They don't know how to handle situations. They don't know -- they don't know what's wrong with me. I don't either.

I don't know what to tell them. I mean, I'm hurting. I don't know what's wrong. I don't know what's in my brain, what's not right in my brain. I'm not sure, but I know my head's hurting and my head is sore still and I get pains back behind my ears, so I don't know.

Q For -- did you mention to medical at all that you think you've re-aggravated your previous back injury or anything like that?

A Yes, sir, many times.

Q And they've taken X-rays and that's all they have to go off of?

A One time they took X-rays and they said they see nothing wrong. And they even went as far as saying, well, we don't know that you've ever had back surgery. And I said, look in my file and then -- they said, well, you got like 13 files, but anyway. The doctor did tell me he -- he did find it, he found my record.

Because I told him it's been, you know, quite

a few years ago, you know, that I had this issue and I had everything sent in here. When my mom was alive, she had everything sent to the prison because she called the doctors and said, hey, you know, my son's in prison now and he had surgery on him, could you please send him the medical records, so they did.

There was one nurse practitioner at this institution. She works at the annex. Sorrento is her name and she has the same surgery that I had, and she's ex-military and she was very -- she told me -- I mean, when I started telling her how I felt, she said, can I interrupt you and say a couple things. I said sure.

And she started telling me things that I was feeling that was right on time. She says, I've had that same surgery. I went through the same thing you're going through. I go through it, you know, and she knew exactly how I felt, and sure enough she was right, you know, what she was telling, sciatic nerve and all the problems that I was -- and what I was feeling and she told me, you know.

And she said, this is all we can do for you here, you know, give you the passes, you know, and she said, this is all -- and she was great and she was just filling in over here, but she's back over there again, you know, but I only see her one time, but...

Q Have you had -- I'm sorry. I'm thinking how to phrase this.

What is a normal procedure when -- I assume you've had the low bunk pass and -- for -- for simple terms, you know, no carrying, no lifting for a while. Does -- what is the usual process if they are honoring the pass?

A The low bunk pass is a separate pass than the no prolonged lifting 20 pounds, no prolonged stooping, bending --

Q Yes. I'm sorry --

A That's all right, incorporated -- rated.

(Simultaneous talking)

BY MR. FALLON:

Q Yes.

A That's all right.

Q So what is the usual procedure for --

A Every year you have to --

THE STENOGRAPHER: Wait. Wait. You have to let him finish.

BY MR. FALLON:

Q I was saying was there a usual procedure -- and just to clarify not getting or renewing the pass, but in terms of being transported, instead of you carrying it on what usually happens?

A Well, they were putting it -- my boxes, they were boxes and they were always stored in the library or property room at different institutions and they were putting it under the bus. They were, they were putting it on a cart -- they wasn't carrying it.

They were putting it on a cart, wheeling it to the bus, and putting it on the bus. And then when I got to the next institution, they were taken off of the bus and take it to wherever it was supposed to be stored.

And let me elaborate on that when you get done. Three times I've left institutions with no legal work. One time I lost all legal work. From 2012 to 2016, I lost two boxes of legal work, lost it, and they showed up at Liberty.

And I had already accumulated another box and I still hadn't accumulated some of the stuff that I had lost. They said it didn't exist and I got put on a call-out at Liberty and I went to Liberty law library and there was my two boxes that I had been missing for four years. And I'm like, thank God, this is documents that I've been claiming I've had for years and haven't had them to -- to file appeals, because they were lost.

And they said, well, if you know you have those documents, prove it by producing them. And I said, I can't produce them, because I don't have them.

And now I got them, so I can produce them. But they said, oh, you're time barred, you're procedurally barred because you didn't file it timely. I said, well, I tried, but you -- you guys said that these exhibits don't exist, these documents don't exist.

So -- and another time I was transferred, even when I was transferred here, two of my boxes didn't come with me.

Q But just -- just to clarify to sort of get back to the -- the process. Normally in the past when you've been transferred to other institutions, it's gone directly from wherenever it was stored and placed under the bus so neither you nor someone else had to carry it onto the passenger area of the bus?

A Correct. That was -- yes. Correct.

Q Okay. All right. Is there anything else that you'd like to add regarding the questions posed here today, anything else you want to add?

A No. There are -- I mean, no, not -- not in your deposition, no. I mean, there's many things I'd like to say in the trial but not in the deposition.

Q Anything we've not covered that you feel is important to your allegations against any defendant 'cause --

A I just -- I just don't understand how these

men can just be that cruel to someone, you know. I just don't understand that, because I don't know them. I've never -- I worked in the hospitality business for years and I never dreamed that in prison this is how prison ran. I never dreamed that we abuse our own people and this is what's happening.

Q All right. Regarding your answers today is there any evidence not already discussed that you have to support your answers today?

A Yes. There's -- there's evidence that they said that they reviewed the videos and the footages in the grievances that I filed. They -- and they seen no -- they seen no -- no -- you know, I don't know exactly how they said it.

But when I grieved it -- I've got the responses of the grievances, but they said they viewed the video and the evidence to -- you know, there was no supporting my accusations. So, I mean, I have them and then we submitted them as exhibits. You even sent them back to me as exhibits in one of your prior responses to me, you know.

So now you're saying there's no video at all of the fall but -- according to the Department of Corrections, the secretary's department said that they had viewed that and, you know -- so that just kind of

surprises me that there's no video, 'cause let me tell you if somebody had escaped, they would have come up with that video real quick, you know, you would have had it.

So for me falling and injuring myself that just surprises me that they have -- the bus is right there, the gate's right there, everybody's right there getting on the bus. It's right outside the door of property room. I don't believe -- I believe that they just never seen the video, because if -- if they're claiming they never had a video of it, then they've never seen it, so.

Q All right.

A I didn't think they think it would go this far, but that's my opinion.

Q I'll review the response again to -- exactly what they said, but I will say it is possible that it existed and was reviewed and then just was not retained. So just for clarity that's -- I don't know if that's what happened. I'm just saying that's a possibility that it existed at one point and then no longer --

A One more thing, one more thing, and then I'm done.

Q That's all right.

A The inspector general, I sent you responses.

They won't give me nothing. I've got a family member that will pay for the documents if they would give me an invoice of the documents I want and tell me what -- what it's going to cost to get these documents, to -- to get these documents.

I want copies of these documents that I filed, these IG reports, these -- I've sent these to the inspector general five times now on different issues, you know, since this happened, and they're not giving me anything.

They're telling me I have to contact Department of Corrections and then Department of Corrections says that they don't feel that it's necessary for me to have this and I'm not allowed to have privilege information on officers.

Well, I'm not asking about the information on -- I'm asking what I filed against them and what your responses were. I don't have any reports of any of this stuff. I know the report numbers, but that's all. I don't have anything else.

I've never gotten any of the responses from the -- from the IG's office, so that's why I was praying that you would supply. I'll be happy -- you put a lien against my account and if we come up with some negotiation, I'll be happy to pay it, happy to pay it.

I don't have a problem with that.

MR. FALLON: All right. We can discuss discovery a little bit more after this, but that's all I have for me today, this deposition. And unless you have anything else to add, I'm ready to go off the record.

THE WITNESS: I think the deposition, that period I believe according to the Court Order was to the 14th of this month, that's the end of it; is that not correct or --

MR. FALLON: Today's --

THE WITNESS: Today's the 12th.

MR. FALLON: Yes. That's correct.

THE WITNESS: Okay.

MR. FALLON: So we'll go off the record at this time.

THE STENOGRAPHER: Okay. Did you want to order it?

MR. FALLON: Yes, yes. I'll be ordering a copy.

And once she's finished transcribing that, you know, I will provide you a opportunity to review the transcript and correct any changes you have and you may purchase a copy from her separately if you desire to do so.

THE WITNESS: Okay.

(Thereupon, the reading and signing of this deposition was RESERVED.

The proceedings concluded at 3:33 p.m.)

# CERTIFICATE OF OATH

STATE OF FLORIDA
COUNTY OF WAKULLA

I, JUDY LYNN MARTIN, Stenographer, Notary Public, State of Florida, certify that JOSEPH W. ALLEN appeared in person on August 12, 2024, and was duly sworn.

Signed this 21st day of August, 2024.

______________________________
JUDY LYNN MARTIN
Notary Public, State of Florida
My Commission No. HH 233522
Expires: April 9, 2026

CERTIFICATE OF REPORTER

STATE OF FLORIDA
COUNTY OF WAKULLA

I, JUDY LYNN MARTIN, do hereby certify that I was authorized to and did stenographically report the foregoing video-recorded deposition of JOSEPH W. ALLEN; that a review of the transcript was requested; and that the transcript, pages 1 through 60, is a true record of my stenographic notes.

I FURTHER CERTIFY that I am not a relative, employee, attorney, or counsel of any of the parties, nor am I a relative or employee of any of the parties' attorney or counsel connected with the action, nor am I financially interested in the action.

Dated this 21st day of August, 2024.

JUDY LYNN MARTIN

ERRATA SHEET

DO NOT WRITE ON THE TRANSCRIPT
ENTER CHANGES ON THIS SHEET

JOSEPH W. ALLEN vs. ROLAND WILKERSON, ET AL.
Deponent: JOSEPH W. ALLEN
Date of : August 12, 2024
Case No.: 4:22-cv-148-WS/MJF

PAGE LINE REMARKS

______________________________________________

______________________________________________

______________________________________________

______________________________________________

______________________________________________

______________________________________________

______________________________________________

______________________________________________

______________________________________________

______________________________________________

______________________________________________

______________________________________________

______________________________________________

______________________________________________

Under penalties of perjury, I declare that I have read the foregoing document and that the facts stated in it are true.

Signature of Witness ______________________________

Dated this __________ day of ____________, ___________.

Job No.: 372711

August 21st, 2024
ATTN: BRIAN FALLON, ESQUIRE
Office of the Attorney General
The Capitol, PL-01
Tallahassee, Florida 32399-1050
WITNESS: JOSEPH W. ALLEN
Re: JOSEPH W. ALLEN vs. ROLAND WILKERSON, et al.
Case No.: 4:22-CV-148-WS/MJF
Type of Proceeding: DEPOSITION on 8/12/2024

The transcript of the above proceeding is now available and requires signature by the witness.

Please e-mail fl.production@lexitaslegal.com for access to a read-only PDF transcript and PDF-fillable errata sheet via computer or use the errata sheet that is located at the back of the transcript.

Once completed, please print, sign, and return to the email address listed below for distribution to all parties.

If you are in need of assistance, please contact Lexitas at (888) 811-3408.

If the witness does not read and sign the transcript within a reasonable amount of time, the original transcript may be filed with the Clerk of the court.

If the witness wishes to waive his/her signature now, please have the witness sign in the blank at the bottom of this letter and return to the email address listed below.

Very truly yours,

________________________________________
JUDY LYNN MARTIN
Lexitas
fl.production@lexitaslegal.com

I do hereby waive my signature.

______________________________
JOSEPH W. ALLEN

Job No.: 372711

**$**

**$142**
32:7
**$5**
20:23 38:23 48:19 49:13, 19,25

**-**

**--when**
38:23

**1**

**10**
32:3 38:24
**12th**
4:22 59:12
**13**
38:15 51:23
**14th**
59:9
**15**
16:7
**16**
8:21 9:12 10:7 11:12
**19**
29:15
**190**
13:11

**2**

**2**
9:2
**20**
11:16 31:16 53:9
**200**
13:9,10
**2000**
34:24
**2003**
8:2
**2004**
8:3
**2007**
7:25 8:4
**2012**
54:12
**2014**
10:2
**2016**
54:13
**2021**
8:21 9:12 10:7 11:12 22:23
**2022**
37:3
**2023**
34:25 37:3,4
**2024**
4:22
**21**
31:13
**29th**
43:23
**2:23**
4:1

**3**

**30**
33:8 38:21 48:23 49:3,6, 9

**4**

**40**
23:11 30:4,5
**4:00**
31:16
**4:22-cv-148**
4:15

**5**

**50**
12:4 13:9
**500**
48:23

**6**

**6**
29:14,15,18, 19

**7**

**75**
21:15

**9**

**90**
48:18,19
**97**
29:22

**A**

**ability**
5:25
**absent**
34:13
**abuse**
56:5
**abused**
22:21
**accessible**
29:6
**accident**
31:5,8
**account**
58:24
**accumulated**
54:15,16
**accusations**
56:18
**ACI**
11:13 16:21, 22 17:3 18:19,23 40:5
**acknowledge**
41:4
**ADA**
8:20
**add**
55:17,18 59:5
**affirm**
4:3
**affirmed**
4:8
**afforded**
6:13
**aggravated**
30:22
**aggravating**
27:16
**ahead**
48:7

**ahold**
36:15
**alcohol**
6:5
**alive**
52:2
**allegations**
7:20 10:5
55:23
**alleged**
7:21
**Allen**
4:7,12,18
9:11 34:2
35:18 45:4
46:19
**allowed**
58:14
**AMA**
32:24
**Amen**
34:11
**annex**
52:8
**answering**
10:17
**answers**
5:5 56:7,9
**anymore**
37:16,17
**anyones**
5:24
**Apalachee**
18:20,24
**appeals**
54:22
**approximately**
13:10 29:11
34:17,22
**April**
22:23
**area**
55:14
**argue**
40:1 47:12,13
**argued**
39:23
**arguing**
36:9
**arm**
41:18
**arrested**
30:2
**arrived**
18:19
**Askew**
4:14 10:6
22:15
**assume**
53:3
**attacked**
11:4
**August**
4:22

**B**

**back**
8:3,21,22,23
10:3 11:7,8
12:6 13:18,20
14:20 15:12,
22 16:5,6,15,
17,18 19:16
22:3,14 27:9
28:4,10,15,
16,23 29:17
30:15 32:11
33:16,17,20
34:6,8 35:25
36:1,16,18
38:22 40:7,11
42:4 44:17
46:14,21,23
47:25 48:2,14
49:1 50:7,8
51:11,14,21
52:24 55:10
56:20
**backwards**
25:14
**bad**
9:16 16:24
19:6 23:20
26:9 27:1
31:5 38:1
40:20
**bag**
12:4 13:9
20:23,24
27:14
**bags**
12:3 13:6,9
14:22 19:19
20:1,3,4,5,
10,15,17,18,
19,21 21:1,2
28:13
**balance**
13:18
**Band-aid**
43:2,3
**Band-aids**
45:7
**bandages**
45:7
**barred**
55:2
**barrel**
51:1
**basically**
22:6
**battering**
22:14
**bear**
39:2
**bed**
31:18,20 32:4
**beds**
31:15,16,18,
20,25 32:2
**began**
4:1
**behavioral**
37:19
**bending**
11:17 53:10
**big**
20:21,22
**bigger**
26:6
**bins**
19:18
**bit**
4:25 10:4,9
26:20 28:22
30:6 37:2
39:18 42:5
59:3
**black**
13:12,14,19
17:19
**Blackwater**
10:25 12:16

22:20 23:2
**bleed** 42:6
**bleeding** 42:9 45:5 46:5 50:17
**bless** 27:21
**blind** 8:20 9:8,11, 14,19 32:15 35:19
**block** 27:4
**blood** 6:4 9:3 42:25 43:5,7,8,11, 13,19
**blowing** 9:1
**blown** 28:2
**blurry** 43:12
**body** 34:13
**bother** 33:14
**bottom** 11:17 51:1
**bought** 20:15,18
**bounced** 15:22
**box** 13:12,14,19 19:25 54:15
**boxes** 19:20,21,22 20:1,2,7,8 54:1,2,13,19 55:7
**brain** 23:18 30:21 37:23 51:9
**brazed** 48:1
**break** 5:12
**bright** 40:23
**bring** 46:11
**brothers** 26:2
**brought** 21:3 46:23
**built** 36:17
**bulged** 28:14
**bunk** 11:18 45:2,3 53:4,8
**bus** 8:22 11:12 12:2,6 13:3, 4,12 14:22, 24,25 15:6,8, 11,13,14,15, 17,18 16:5,6, 24 17:3,11,18 18:10,15 19:5,9 21:4, 13,16,19,21, 22,23 23:9, 11,14,15,19, 25 54:4,7,8 55:13,14 57:6,8
**buses** 15:10
**business** 56:3
**busted** 11:1 38:8
**buy** 20:4,19

**C**

**call** 12:7 17:7 23:15,16,22 34:5 38:24 45:8 48:18 49:13,25
**call-out** 54:18
**called** 6:15 9:16 18:23 25:20, 23 33:24 37:1 52:3
**calling** 24:25 45:9
**calls** 49:10
**camp** 23:24 39:14, 19
**camps** 24:6
**Cannon** 45:18
**captain** 10:25 11:2 45:18,23
**care** 11:19 12:21, 22 18:3,4,7 47:8
**caring** 11:25
**carried** 21:18
**carry** 12:8,21,24,25 18:5 20:9 21:15,23 55:13
**carrying** 12:12 53:5,25 54:5
**cart** 54:5,6
**case** 4:13,15,22 7:20
**cases** 22:12
**cataract** 9:18
**cataracts** 9:17 30:11 40:16
**centered** 47:24
**certified** 4:9
**chain** 13:20
**change**

45:7
**Chapman** 11:3
**charge** 48:19
**charges** 22:12
**Charles** 36:12 42:20
**chased** 35:4,5
**check** 17:1
**checking** 14:1
**choice** 11:22
**chronic** 8:11,18 26:20
**circle** 10:3
**claiming** 54:21 57:11
**clarify** 53:23 55:9
**clarity** 57:19
**classification** 14:1 24:21 25:1,22
**clean** 39:14
**Clock** 11:2
**close** 21:20 27:11
**closely** 27:8
**coffee** 27:14
**color** 24:11,15
**complaint** 10:5,10
**complaints** 11:5
**completed** 6:10
**concerned** 14:5
**confinement** 31:13 32:10, 11 33:3,4,7, 9,19 34:7
**confused** 23:17 25:9,10 39:22
**contact** 58:11
**continually** 38:20 42:6
**continuing** 48:13
**control** 26:25 40:21
**conversation** 22:4
**convicted** 8:2
**copay** 38:24
**copies** 43:24 44:6, 10,14,15,16 46:12,14,16, 18,20,22 58:6
**copy** 6:24,25 7:3, 7,12 44:11, 12,14 59:20, 24
**correct** 6:19 7:9,22 10:7 19:20 21:21 55:15 59:10,13,23
**correcting** 27:21
**Correctional** 18:20
**corrections** 6:15,18,19 22:25 29:16 56:24 58:12, 13
**Cortez** 35:25 36:5
**cost** 27:23 58:4
**costs** 27:22,24
**counseling** 37:20
**counselor** 37:7
**counting** 13:6
**county** 7:13,14
**couple** 23:24 36:1 49:6 52:12
**court** 4:15 5:5,7,15 7:1,8,15 59:8
**cover** 37:25 38:4
**covered** 55:22
**cram** 21:24
**crap** 39:16
**crazy** 15:24
**cruel** 22:9 56:1
**cry** 37:25
**crying** 46:6
**cuss** 11:22
**custody** 7:24,25 8:6
**cut** 40:9 42:17 43:21

**D**

**damn** 11:21
**day** 10:14,23,24 16:20 22:20 42:10,18,21 44:21 45:5 46:1 48:25
**days** 33:8 39:1 45:1 48:18,19

**DC** 4:19
**dead** 38:15
**deal** 39:3
**decent** 39:11
**defendant** 22:4 55:23
**defendants** 10:6 23:5
**deliberate** 7:21
**department** 22:25 29:16 56:23,24 58:12
**deposed** 4:23
**deposing** 4:13
**deposition** 6:9 55:20,21 59:4,7
**depth** 27:2
**derogatory** 22:15
**desert** 12:9,24
**deserting** 18:6
**desire** 7:11 59:25
**destroyed** 19:22,25
**detached** 9:13 35:21,23 36:4 40:18
**detachment** 26:24 30:10
**determined** 50:13
**diabetes** 6:3
**diabetic** 6:2 9:2
**died** 34:8
**dilated** 35:15,16
**direct** 4:10 7:11
**directions** 44:13 48:24
**directly** 55:12
**director** 17:2 19:11
**disabilities** 39:20
**disability** 39:17,19
**disc** 8:24 28:2,6, 8,14,24 50:9
**discovery** 59:3
**discuss** 59:2
**discussed** 56:8
**disobeyed** 32:6
**disobeying** 33:8
**disrespect** 39:16
**District** 4:15,16
**Division** 4:16
**DOC** 31:2 43:25 49:5
**doctor** 36:11,14 42:19 43:23 47:8,9 48:21, 22 49:11,15 51:23
**doctors** 52:4
**documents** 54:20,24 55:5 58:2,3,4,5,6
**door** 57:8
**doors** 21:12
**dorm** 45:2,3 46:13, 14
**doze** 23:19
**dreamed** 56:4,5
**drink** 5:12
**drops** 44:18,22 45:14 46:25 47:20
**DRS** 31:7
**drugs** 6:6 10:2
**dry** 40:10
**due** 8:20 9:6
**duly** 4:8

**E**

**earphones** 39:6
**ears** 16:11 51:11
**easy** 30:23
**eighth** 46:1
**elaborate** 54:10
**elbow** 41:23
**embarrass** 18:14
**embarrassed** 14:17 18:13 25:10
**embarrassing** 14:10 16:4 22:10
**end** 38:5 49:10 59:9
**ended**

32:16
**enter** 17:7
**errata** 6:15
**escalated** 23:1,2
**escape** 23:3
**escaped** 57:2
**evaluated** 50:11
**eventually** 36:18 48:5
**everybody's** 31:20 57:7
**evidence** 56:8,10,17
**ex-military** 52:10
**exam** 35:13
**EXAMINATION** 4:10
**excuse** 5:3
**exhibits** 55:4 56:19,20
**exist** 54:17 55:5
**existed** 57:18,21
**experienced** 50:23
**extent** 22:5
**eye** 9:10,13,15,17 27:1,9 28:1 30:7,8,9,11 32:13,14,17 34:16,23 35:1,2,7,13 36:3 40:18 42:7,13,15 43:2,3,11,21 44:18,22 45:14 46:5,25 47:23 48:15
**eyeball** 43:15
**eyeglass** 35:16
**eyes** 30:11 35:16 40:17 45:22

**F**

**face** 27:6 28:21
**fact** 33:19
**fall** 8:21 25:11 26:6 30:12 56:23
**fallen** 25:13 26:6
**falling** 17:12 57:5
**FALLON** 4:11 5:14,16 7:17,19 10:21 21:17 24:17 29:9 43:20 53:14,21 59:2,11,13, 15,19
**familiar** 4:25
**family** 58:1
**fast** 14:6
**FDC** 7:24,25 8:6
**fee** 49:13,20
**feel** 22:11 30:17 38:8 55:22 58:13
**feeling** 52:14,19
**feet** 21:15
**fell** 8:21 13:20 15:19,22 16:24 19:9, 14,15 24:1 25:4,24 28:16 30:13,14,19 38:12
**felt** 52:11,17
**female** 13:25 24:19
**fight** 32:15 40:1
**figure** 20:9
**file** 29:14,15,17, 18,19 46:17, 19,22,23 51:22 54:22 55:3
**filed** 11:5,14 56:12 58:6,17
**files** 29:15 51:23
**filling** 52:24
**finally** 9:9 35:13 37:1 47:20
**find** 16:13 46:19 51:24
**fine** 31:24 32:1
**fingers** 36:22
**finish** 53:20
**finished** 59:21
**finishes** 43:17
**fix** 26:17
**flew** 13:21,22
**floor** 45:17
**Florida** 4:16
**focus** 9:19

**folder**
11:1
**footages**
56:11
**form**
44:9
**found**
46:22 51:24
**four-and-a-half**
49:9
**frame**
34:17
**friends**
23:13
**front**
46:23
**frustrated**
30:22 31:12
**frustrating**
27:16
**full**
23:9
**funny**
15:21 27:8
**fused**
30:20 31:11 37:23

**G**

**gate's**
57:7
**gave**
17:5 43:9 44:10,11,12, 14,15,18,19 46:24
**general**
8:7 11:5,8 57:25 58:8
**generally**
8:17
**give**
4:4 11:21 28:17 38:21, 24 41:19 44:2 45:6,14 46:20 47:15,18,20 48:17 49:2 52:22 58:1,2
**giving**
28:17 43:11, 25 44:6 45:14,23 49:19 50:13 58:9
**glad**
34:10
**gladly**
18:17
**glasses**
13:21,22 14:6
**God**
9:10 25:3,4, 5,22 26:8 35:18 38:6 39:1 46:10 54:20
**good**
33:21 36:14
**goodness**
34:23
**gosh**
31:7
**grab**
13:19,20 25:14
**grabbed**
25:12
**great**
7:13 50:24 52:23
**grievances**
11:6,7 12:19 22:13 56:12, 16
**grieved**
37:21 56:15
**grip**
41:22
**guarantee**
48:7
**guess**
8:16 19:18 21:5 33:23 34:11 37:2 48:1
**guessing**
29:21,23
**guy**
15:19 22:17 25:24 32:15 33:11 34:7,25 35:5 46:4
**guys**
14:21 20:4,5, 17 23:11,21, 24 27:21 38:17 39:17, 18,21,24 55:4

**H**

**half**
27:13
**hand**
4:2
**handle**
51:5
**handled**
5:17
**hang**
33:5,15,24
**hanging**
35:22
**happen**
23:4 41:25
**happened**
9:10 10:14 19:9,12 23:1, 12,13 38:12, 13 39:12 57:20 58:9
**happening**
56:6
**happy**
58:23,25
**hard**
13:22 16:24, 25 19:14,16 30:13
**harsh**
22:7
**hate**
30:24
**head**
5:6,7 13:21 16:8,10,25 19:16 24:19 30:13,14,15, 17 35:17 37:22,25 38:4,8,9,13, 22 39:1 42:3 49:23 50:17 51:10

**head's**
44:25 51:10

**headache**
23:19

**headaches**
37:24

**headed**
25:14

**healed**
47:23

**health**
9:6 10:2 34:5,6 36:25 37:4,7

**hear**
9:23 24:13 39:21

**heard**
11:10 23:12 25:3,21 40:8 42:1

**hearing**
9:3,4,23

**heavy**
12:3 28:12

**heck**
22:22

**helped**
13:1

**helps**
39:9,10

**hereinafter**
4:8

**herniated**
8:24 28:2,6, 8,24 50:9

**hey**
20:16 52:4

**high**
6:3 9:3

**hit**
10:25 13:21, 22 16:25 19:16 24:19 30:13,14,15 35:1,3

**hits**
27:6

**hitting**
27:5 32:16

**hold**
15:16

**honest**
6:9 12:23

**honoring**
53:6

**horses**
26:6

**hospitality**
56:3

**hours**
8:8

**houseman**
28:12

**huge**
20:23

**humiliate**
22:12

**humiliated**
14:17 25:10

**humiliating**
22:10 25:11

**hung**
34:8

**hurt**
14:8,9,13 26:12 28:13, 16 39:1

**hurting**
14:13,15 16:8,9 23:21 26:8 32:12 40:8 44:25 45:1 51:8,10

**hurts**
16:10 42:4

**I**

**Ibuprofen**
17:5 38:23,24

**Ibuprofens**
38:25 49:24, 25

**IG**
58:7

**IG's**
58:22

**ignoring**
22:6,8

**illicit**
6:6

**immediately**
16:14

**impair**
5:25

**impairment**
9:3,4

**important**
55:23

**incarcerated**
8:2

**incarceration**
7:21

**inches**
13:13,14 25:17

**incident**
10:14,22,24 23:1,5 26:22 36:16 37:19 40:4 50:9,11, 12

**incorporated**
53:12

**indifference**
7:22

**information**
58:15,16

**inhibit**
5:24

**initially**
18:9

**injured**
28:3 30:12

**injuries**
10:4 26:20,21 27:25 30:7 41:16 48:14 49:22

**injuring**
57:5

**injury**
28:23 29:17 51:14

**ink**
24:15

**inmate**
8:20 34:16

**inmates**
13:2,24 15:9, 11 17:20 23:6 25:6 26:2

**inside** 38:13 43:7
**inspect** 31:21 32:1
**inspector** 11:5,8 57:25 58:8
**institution** 44:17 52:8 54:8
**institutions** 54:3,11 55:11
**intent** 45:16,17,20
**interaction** 22:5 32:20
**interrupt** 32:19 52:12
**interview** 11:10
**invoice** 58:3
**involved** 37:2,3
**involves** 7:20
**involving** 26:17
**issue** 9:1,2 29:11 38:14 50:2,3, 4,5 52:1
**issues** 8:11,18 9:6 11:15 12:20, 21,23 17:7 47:23 58:8

**J**

**jail** 47:13
**January** 37:1,3,4
**Jesus** 28:19
**joking** 15:23
**Joseph** 4:7,18

**K**

**Kentucky** 8:3
**kill** 31:12 33:15 34:4,15
**killing** 40:7
**kind** 8:18 14:17 15:21 18:13 22:16,17 30:25 32:5 48:1 56:25
**knee** 9:1 28:17,19, 20 42:5
**knew** 9:8,14 23:21 25:13 38:7 52:16

**L**

**L4** 8:24
**L5** 8:25
**lady** 35:12 37:10, 17
**language** 22:7
**laser** 48:2
**laughing** 14:3,4 15:18, 19,20,24 18:12,13 25:25 26:1,2, 3,5
**laundry** 20:21,23,24
**law** 12:2,3,9,10, 11 20:6 22:1 24:7 54:18
**lawsuit** 19:23
**lay** 37:24
**leak** 43:3,7
**leaks** 42:16,25 43:2
**leave** 12:9 47:5
**leaving** 12:10 47:14
**left** 9:13,15,17 16:16 26:24 30:9,11 35:2 36:23 40:14, 18 47:14 54:11
**legal** 19:18,22,25 21:2 22:2,13 54:11,12,13
**letters** 27:12
**letting** 15:9,13
**Liberty** 54:14,18
**library** 54:2,18
**lien** 58:24
**lift** 11:16
**lifting** 18:2 28:12,13 53:5,9
**light** 40:23
**limit** 8:15
**list** 23:14
**listen** 39:7 44:22 46:3
**litigation** 22:2,13
**load** 14:23 21:19
**loaded** 13:8 14:23

**loads** 14:25
**lock** 32:10 39:18
**locked** 28:5,7 32:7, 25 33:1
**locks** 41:20
**long** 7:24 9:11 18:24 27:10 34:17 35:18 44:8
**longer** 57:21
**looked** 13:24 33:25
**Lord** 34:13 39:9
**lost** 13:18 16:13, 19 25:12 54:12,13,17, 22
**lot** 12:19,20 14:8 22:1 24:6,7 28:12 33:10 38:7 39:4,14, 20 41:25 42:1,2 50:25
**love** 10:13
**low** 11:17 53:4,8
**lower** 42:4
**lying** 32:13 36:3 37:24

**M**

**machine** 35:17
**madam** 5:15 7:1
**made** 5:17 6:16 20:2 28:14 31:15,19 32:4 47:4
**major** 9:4
**make** 6:17,20 9:24 13:5 31:25 32:1 36:21 38:16 41:1
**man** 13:24 14:12 15:5 16:5,24 18:15 19:8 24:8 25:7 26:5,8 31:15 32:18 33:13 34:4 39:24 46:9
**Matter** 33:19
**mattress** 31:24
**medical** 8:11,18 11:15 16:1,20,21 17:2,4 18:1 19:1 22:7,8 25:23 34:22 35:8 37:20 38:21 40:5 44:21 45:8 50:24 51:13 52:6
**medication** 6:4 44:12,18, 24 45:14,24 46:1
**medications** 5:22 44:13 47:18
**meditate** 39:4,8
**meditation** 39:4,5,7
**member** 58:1
**men** 56:1
**mental** 9:6 10:1,2 34:5 36:25 37:4,7
**mention** 51:13
**mentioned** 22:4 24:18 25:19 26:22 37:18 41:15
**mess** 17:8 31:17,20 32:2,4
**Messer** 33:22 34:1
**Metformin** 6:2,3
**milligrams** 48:23
**Minardi** 46:15,16
**mind** 7:14 10:9
**minute** 10:15 14:9 15:16 41:23 44:23 46:2
**minutes** 16:8 31:16 32:3 41:21
**Miranda** 37:6
**mirror** 40:22
**missing** 33:10,11 54:19
**misspell** 27:19
**mistakes** 27:21
**mom** 52:2
**mom's** 38:14
**moment** 22:3
**month** 37:5 43:10 59:9
**monthly** 37:12
**months** 36:15 37:5,13 38:22 49:3,7,

9,11,12
**morning** 43:4
**mouth** 10:25 11:2
**move** 13:14,15
**moving** 36:20,23
**MRI** 28:5
**MRIS** 50:10
**muscle** 17:5 26:25 40:20 49:19, 20
**music** 39:7,8

**N**

**named** 33:22
**names** 15:3 25:2
**naproxen** 48:23,24 49:16
**neck** 34:3
**needed** 19:1 48:25
**negotiation** 58:25
**nerve** 52:18
**Newell** 36:12 42:20 43:24
**newspaper** 26:17 38:20
**nice** 16:21 20:22 39:14 51:2,3
**night** 43:1
**nodding** 5:6
**nods** 5:7 6:7
**nonverbal** 5:5
**normal** 53:3
**north** 24:5
**Northern** 4:15
**noted** 5:19
**nothing's** 32:12 40:22
**notice** 24:23
**noticed** 39:17
**November** 8:21 9:12 10:7 11:12 34:20,25 43:23
**numb** 26:13
**number** 4:15,19 29:14,15,18, 19,24 30:1
**numbers** 58:19
**nurse** 15:6,23 18:10 25:20 38:16 46:16 48:19, 20 49:14 52:7
**nurses** 13:25 23:6 24:25 36:1 47:5,6
**nursing** 17:2 19:11

**O**

**object** 5:19
**objection** 5:18
**Objections** 5:17
**observed** 24:20
**October** 34:19,20
**office** 6:24 7:2,10 58:22
**officer** 15:1,4 16:22, 23 17:11,13, 15,19,25 18:8,9,18,25 19:2 22:5,6, 24 25:22 31:14 32:24
**officers** 7:22 11:13,14 12:20 13:1,25 17:17 19:7 22:19,21 24:19,21 31:2 39:11,15 44:5 45:3 46:5 58:15
**ongoing** 30:6 48:13,16 49:21 50:5
**open** 11:2
**opinion** 57:15
**opportunity** 6:13 59:22
**optometrist** 35:11
**order** 32:6 33:8 47:1 59:8,18
**ordered** 49:14,16,18
**ordering** 59:19
**orderlies** 12:15 20:16, 18
**orderly** 12:15 20:5
**originals** 44:16 46:18
**owns** 28:19

## P

**p.m.**
4:1
**packages**
38:25
**packs**
49:24
**pages**
44:13,14
**paid**
20:23 49:13
**pain**
16:11,22 19:1,6 23:20 26:11,12 32:11 38:1 46:5,6 47:16, 17 49:1,2
**pains**
28:10 44:25 51:11
**paper**
27:3,11 44:9
**parks**
21:13
**partially**
8:20
**pass**
11:18 17:18, 21 18:4 22:7 53:4,7,8,23
**passenger**
55:14
**passes**
8:23 11:15, 18,20,21 12:1,22 17:25 18:1,5,7 22:9 26:20 52:22
**past**
34:25 55:10
**patch**
27:9 36:20
**patches**
43:11
**pause**
7:18 21:9
**pay**
24:7 38:23 49:19 58:2,25
**paying**
27:14
**pen**
41:22
**people**
9:24 15:13 23:14 24:7,8 26:5 31:11 38:2,3,6 39:23 40:2 41:8,9,25 42:1 43:18 51:1,3 56:5
**perception**
27:2
**period**
59:8
**peripheral**
36:20
**personal**
13:6 20:24 21:23
**pertaining**
7:20
**ph**
11:2 33:21 36:13
**phrase**
53:2
**physically**
11:3
**pick**
12:12
**pillow**
42:10,25 43:1,3
**pillowcase**
43:4
**pills**
38:21 48:24, 25 49:7
**pitch**
9:22
**pitches**
9:24
**play**
26:7
**point**
57:21
**posed**
55:17
**positive**
29:18,22 35:22
**possibility**
57:20
**possibly**
36:16
**potential**
37:18
**pounds**
11:16 12:4 13:9,10,11 53:9
**practitioner**
46:16 52:7
**praying**
58:23
**prescriptions**
44:10,19 46:11,24,25
**present**
34:13
**pressure**
6:4 9:3
**pretty**
10:1 19:5,14, 16 23:20 40:9
**previous**
28:23 51:14
**previously**
28:24
**prior**
8:22 10:24 17:17 22:20 28:5,7 30:1 56:20
**prison**
30:4 47:10 52:3,4 56:4
**privilege**
58:15
**problem**
11:25 12:12 44:4,6,7 59:1
**problems**
9:22 45:22 48:15 49:1 52:19
**procedurally**
55:2

**procedure** 53:3,17,22
**procedures** 44:7
**proceedings** 4:1
**process** 53:6 55:10
**produce** 54:25 55:1
**producing** 54:24
**prolonged** 11:16 18:2 53:9
**promoted** 37:8
**proof** 29:17
**properly** 6:1
**property** 12:15 13:7 21:6,10,11, 12,13,15,18, 20,23 32:7 33:10 54:3 57:9
**prove** 54:24
**provide** 6:24 59:22
**provided** 6:14
**provider** 50:24
**proximity** 21:20
**pulled** 19:16 28:9,14
**punched** 33:12 34:16
**pupil** 43:7,8
**purchase** 6:25 7:7,12 59:24
**purpose** 29:10
**put** 11:12 12:1,5, 13 13:1,2,4 20:1,2,6,11 21:21,22,24 27:9,10,18 28:18 35:16 39:6 43:4 48:18 49:10 54:17 58:23
**putting** 54:1,4,6,7

**Q**

**question** 5:6,10,18,20 41:13
**questions** 4:22 5:4 6:1 55:17
**quick** 36:10 57:3
**quiet** 39:6

**R**

**radio** 24:24 25:20 46:3
**rail** 13:19,20 25:12,15
**Raise** 4:2
**ran** 56:5
**rated** 53:12
**re-aggravated** 51:14
**ready** 29:21 34:14 59:5
**real** 30:23 37:23 39:7 57:3
**reattached** 46:4
**recall** 17:10
**recently** 34:22
**record** 4:17 5:5,19 7:16,17 18:19 51:24 59:6,15
**records** 52:6
**recover** 48:9
**redepose** 6:22
**refresher** 5:2
**regard** 10:6
**regiment** 49:5
**remember** 21:9 23:16,25 24:2,8,9 35:12
**reminder** 6:8
**removed** 8:24,25
**renewing** 53:23
**repeat** 5:11 11:23 21:8
**repetitious** 10:12,20
**repetitive** 30:6
**rephrase** 5:11
**replacement** 28:20
**report** 37:19 38:20 40:5 58:19
**reported** 41:16
**reporter** 5:5,7,15 7:1, 8,15
**reports** 58:7,18
**represcribes** 48:23

**representatives**
11:9
**respond**
5:6
**responded**
19:8
**response**
11:7,8 57:16
**responses**
56:16,20 57:25 58:18, 21
**restroom**
5:12
**retained**
57:18
**retina**
9:12 26:24 30:10 35:21 36:3 40:17 46:4 47:24
**Retral**
36:13
**review**
6:11,12,14,25 7:4 57:16 59:22
**reviewed**
56:11 57:18
**revolve**
50:3
**ridiculous**
50:2
**road**
16:8
**rocked**
13:17,18
**Roland**
4:14 10:6
**roll**
27:3
**rolled**
11:1 31:24
**room**
15:10,14 21:6,11,12, 13,16,19,20 54:3 57:9
**rub**
17:5 49:19,20
**run**
5:2 23:25 49:8

**S**

**sarge**
33:17,20,21, 22
**sarges**
33:17
**sat**
14:24
**scar**
29:5 36:17
**scattered**
23:18
**School**
45:19
**sciatic**
52:18
**screaming**
15:12 25:7
**seats**
21:25
**secretary's**
56:24
**sell**
20:17,25
**selling**
20:5
**send**
46:7 52:5
**sensitive**
16:10
**separate**
53:8
**separately**
59:24
**September**
34:19
**sergeant**
11:2,3 33:21 34:1 45:21
**setting**
45:16
**shackled**
12:8
**shackles**
12:1,5,7,13 13:13 25:16
**sheet**
6:15 34:3
**sheets**
31:18
**shipped**
8:3
**shock**
14:10
**shocked**
22:17,18 24:24
**short**
30:20 31:11 33:11 37:23 41:8,9
**shortly**
24:18 40:4
**shoulders**
12:14 13:2,8 14:20
**show**
11:19 17:18, 21 18:3 50:9, 10
**showed**
11:14 54:14
**shut**
17:22
**sick**
17:7 38:23 48:18 49:10, 13,25
**side**
40:14,15 43:8
**sight**
48:9
**simple**
40:9 53:4
**simultaneous**
29:8 53:13
**single**
39:18
**sir**
5:9,21,23 6:2 7:23 10:8 11:24 12:10 17:21,24 21:10 22:8 28:25 29:3 43:17 45:25 51:16
**situations**
51:5

**sleep**
38:5,6,7 45:2
**small**
24:4
**smartass**
30:24
**soft**
39:8
**soldered**
48:1
**something's**
32:14 35:6
37:22 38:9
**son's**
52:4
**sore**
30:16 51:11
**Sorrento**
52:8
**sort**
48:12,16 55:9
**Southern**
36:12,13
**Spanish**
35:12
**speak**
41:3
**specialist**
37:7
**specific**
8:17
**speech**
17:24
**spelled**
27:20
**Spelling**
6:19
**spoke**
17:11,17
**staff**
41:17
**standing**
11:17 17:20
18:2 19:4
**staring**
14:2
**start**
8:16,17
10:16,19 26:4
**started**
15:12 16:8
23:18 25:6
26:5,17 28:10
32:15 36:25
37:4 52:11,13
**starting**
43:12
**starts**
15:11
**state**
4:17
**statements**
22:16
**stay**
13:24 14:12
25:7 27:11
**stemming**
7:21
**STENOGRAPHER**
4:2 7:16
10:15,19 21:8
24:13 43:16
53:19 59:17
**step**
13:15,16,17
22:3
**stepped**
13:17
**steps**
13:15
**stock**
47:1
**stood**
15:8
**stooping**
11:17 53:9
**stop**
15:13 18:16
25:18
**stored**
54:2,9 55:12
**stronger**
14:18
**struggled**
13:2
**stuff**
17:6 20:2,9
24:7,25 31:4
36:22 40:3
44:2,23
46:17,18
54:16 58:19
**stupid**
30:25 31:4
41:7
**submitted**
56:19
**substantive**
6:20
**sucker**
33:12
**sue**
45:16,18,20
**sued**
19:23
**suffer**
8:19 26:21
**suit**
11:14
**supply**
7:2 58:23
**support**
56:9
**supporting**
56:18
**supposed**
11:16 20:9,15
27:20 44:12
45:7 47:25
48:3 54:9
**surgeries**
26:25
**surgery**
8:22,24,25
9:18 28:8
29:1,13 36:11
42:7,14,17,
19,22,24
43:22 44:11
45:25 47:7
48:2 51:21
52:5,9,15
**surprises**
57:1,6
**swear**
4:3
**sworn**
4:8

**T**

**takes**
44:22

**taking**
18:6 20:7,8 27:14
**talk**
15:6 38:3 39:16
**talked**
17:12 19:2 47:8
**talking**
17:19 22:12 29:8 32:21 51:4 53:13
**Tallahassee**
4:16 36:13 47:9
**tattoo**
28:19
**tattooed**
24:9
**tattoos**
24:16
**telling**
10:9 14:12 31:17 32:18 45:21 46:6 52:11,13,18 58:11
**ten**
49:24
**terms**
53:5,24
**test**
9:9
**testified**
4:9
**testimony**
4:3
**testing**
16:13
**thing**
35:17 38:19 42:4 52:15 57:22
**things**
22:10 36:20 41:7 42:1 52:12,13 55:20
**thinking**
14:15 15:20 16:18 26:8 53:1
**thought**
25:1 40:10,19
**throw**
27:3
**time**
8:5,7 12:2 13:10,15 14:4 15:4 18:24 28:4 34:17 37:10,13 39:1 40:25 41:9,22 43:18 48:7 49:10,17 50:12 51:19 52:14,25 54:12 55:2,6 59:16
**timely**
55:3
**times**
14:9 33:16 47:4 48:20 49:12,15 51:16 54:11 58:8
**tissue**
36:17
**today**
4:13,21 16:9 30:7 45:25 55:18 56:7,9 59:4
**Today's**
59:11,12
**toilet**
27:3
**told**
12:18 16:14,22 18:15,25 19:9,11 23:15 31:14 33:12 36:11,14 40:11 41:12 45:10 47:5,6,9 48:7 51:25 52:10,20
**top**
13:16,17 16:9 30:14,15,17
**total**
26:24 30:10
**totally**
9:13 22:11 35:21,23 36:3
**touch**
16:9
**traffic**
25:20
**transcribing**
59:21
**transcript**
59:23
**transcripts**
6:10,14
**transfer**
21:6,11
**transferred**
21:14 55:6,7,11
**transferring**
20:13
**transport**
19:7
**transported**
53:24
**treat**
48:17
**treated**
22:19
**treating**
22:9
**treatment**
48:13
**treatments**
48:16 49:21
**tremendous**
47:16
**trial**
55:21
**trips**
13:5
**trouble**
9:21
**troublemaker**
12:19
**troubles**
26:18
**truth**
4:4,5
**truthful**
6:9

**truthfully**
6:1
**Tuesdays**
31:22
**turn**
36:7
**turned**
35:3
**type**
9:2 27:17,18, 20,23
**typing**
27:17,19
**Tyron**
4:14 10:6

**U**

**U.S.**
4:15
**uncomfortable**
22:1
**understand**
5:10 24:10,12 26:10 31:10 55:25 56:2
**usual**
53:6,17,22

**V**

**verbal**
32:6 33:8
**verbally**
5:4
**verify**
23:23
**Vice**
33:21 34:1
**video**
56:17,22 57:1,3,10,11
**videos**
56:11
**viewed**
56:16,25
**vision**
16:14,16,19 35:2 36:17,19 40:14 48:4
**vision's**
40:11

**W**

**waist**
25:17
**wait**
10:15,16 21:8 43:16,17 46:2 53:19
**waited**
17:23
**waive**
6:11
**wake**
38:1 45:2
**walk**
10:12,20,22
**walked**
17:24
**wanted**
28:4
**watch**
31:3
**water**
5:12
**Wayne**
4:18
**ways**
39:15
**weeks**
30:5 34:7
**whatnot**
26:21
**wheeling**
54:6
**wherenever**
55:12
**white**
15:1,4 17:13, 20 18:8 19:1 22:5 24:8 40:23
**Wilkerson**
4:14 10:6 15:2 18:9 19:2 22:6,15
**window**
33:25 34:2
**Wite-out**
27:4,14,15
**witnesses**
23:5
**word**
27:13,19
**words**
11:22 27:12 33:11
**work**
12:2,3,9,10, 11 19:22,25 20:6 21:2 22:1 24:7 54:12,13
**worked**
56:3
**working**
13:25
**works**
52:8
**world**
24:4
**worse**
28:3,9
**worst**
42:3
**wrist**
41:18,23
**write**
12:19 27:8, 10,11 41:20 42:2 43:18
**writing**
45:16,17,20
**wrong**
9:7 26:16 30:20,22 32:12,14 35:7 37:22 38:14 39:25 40:8, 16,22 41:12 42:8,11 50:6, 13,15,16,19 51:6,8,20
**wrote**
6:17 10:10

**X**

**X-RAYS**
50:7,8,9 51:17,19
**X35926**

4:20

**Y**

**y'all**
14:19 17:1

**year**
29:20 34:25
37:14 53:18

**years**
8:23 9:9
29:24 30:1,4
34:24 36:8
49:6 52:1
54:20,21 56:3

**yoga**
39:4

**Z**

**zen**
39:5,7

ERRATA SHEET

DO NOT WRITE ON THE TRANSCRIPT
ENTER CHANGES ON THIS SHEET

JOSEPH W. ALLEN vs. ROLAND WILKERSON, ET AL.
Deponent: JOSEPH W. ALLEN
Date of : August 12, 2024
Case No.: 4:22-cv-148-WS/MJF

PAGE LINE REMARKS

Great Job Petty Mistakes Thank You
God Bless

Under penalties of perjury, I declare that I have read the foregoing document and that the facts stated in it are true.

Signature of Witness Joseph Wayne Allen Petitioner

Dated this 5th day of Sept., 2024.

Job No.: 372711