IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JOSEPH W. ALLEN,

    Plaintiff,

v.                                                                                   4:22cv148–WS/MJF

ROLAND WILKERSON and
TYRONE ASKEW,

    Defendants.

_____

## ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation (ECF No. 113) docketed December 12, 2024. The magistrate judge recommends that Plaintiff's motions for a preliminary injunction (ECF No. 102) and for a temporary restraining order (ECF No. 109) be denied. Plaintiff has filed no objections to the report and recommendation.

Upon review of the record, this court has determined that the report and recommendation should be adopted. Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation (ECF No. 113) is adopted and incorporated by reference in this order of the court.

2. Plaintiff's motion (ECF No. 102) for a preliminary injunction is DENIED.

3. Plaintiff's motion (ECF No. 109) for a temporary restraining order is DENIED.

4. The clerk shall refer the case to the magistrate judge for further proceedings.

DONE AND ORDERED this <u>  15th  </u> day of <u>   January   </u>, 2025.


<u>s/ William Stafford                                   </u>
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE