IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JOSEPH W. ALLEN,

      Plaintiff,

v.                             CASE NO. 4:22cv148-RH-MJF

ROLAND WILKERSON and
TYRONE ASKEW,

      Defendants.

_____/

## ORDER DENYING SUMMARY JUDGMENT AND SETTING THE PRETRIAL SCHEDULE AND TRIAL

The magistrate judge has entered a report and recommendation that correctly concludes neither side is entitled to summary judgment. This order adopts the report and recommendation as the court's opinion except on the issue of punitive damages. That issue will be addressed in due course.

IT IS ORDERED:

1. The report and recommendation, ECF No. 121, is accepted.

2. The summary-judgment motions, ECF Nos. 105 and 106, are denied.

3. The trial is set for the trial period that begins on Monday, August 11, 2025. A party with a conflict during that trial period must file a notice by June 16, 2025.

4. The clerk must set a pretrial conference by telephone for the first available date on or after July 17, 2025.

5. By July 3, 2025, each party must file a witness list and an exhibit list, and each party must pre-file a copy of each of the party's exhibits. No witness will be allowed to testify unless included on a list that was properly filed. And no exhibit will be admitted into evidence unless it was properly listed and a copy was properly filed. This requirement applies to all witnesses and exhibits, including those offered only in rebuttal or for impeachment.

6. A party must provide to another party—but need not file—any witness's address within 7 days after the other party so requests. For current and former Department of Corrections employees, a business address is sufficient.

7. By July 3, 2025, each party must file a report for each expert witness who will be called at trial. The report must include a complete statement of all opinions the witness will express and the basis and reasons for them. No expert will be allowed to testify unless a report is properly filed. This requirement applies to all experts, including those called only in rebuttal or for impeachment.

8. The case style is amended to show only the two defendants remaining in the action as set out in this order's case style.

SO ORDERED on June 2, 2025.

                                              s/Robert L. Hinkle
                                              United States District Judge