In The United States District Court For The Northern District Of Florida, Tallahassee Division

Joseph W. Allen,
Plaintiff,

Vs.

Roland Wilkerson And Tyrone Askew et al.,
Defendant's.

Case No.: 4:22-cv-000148-RH-MJF

Provided to Graceville Correctional Facility on 6/25/25 for mailing, by 42.

### Status Of Case On The Part Of Plaintiff, Allen

Comes Now The Plaintiff And Respectfully Needs To Allow All Parties That Allen Has Recently Been Transferred To Graceville Corr. Facility At 5168 Ezell Road, Graceville, FL 32440 Phone # (850) 263-5500 And It Is Currently Under A Transition Of, Who Is Taking Over This Institution. Allen Has A Current Deadline Of This Court Of July 3rd, 2025. Allen Has Completed This Deadline But Unable To Receive Copy's Of This Legal Discovery Due To The Law Library Not Having A Toner In Their Copier Nor Supplies To Facilitate 1,100 Copies For Submittion.

Allen Is Seeking Copies From His Dorm Manager Of (3) Copies Of The Motion And This Status, Respectfully Concerned. See (Doc. 123).

Respectfully Submitted:

Date
6-25-2025

/s/ Joseph Wayne Allen
Joseph Wayne Allen, DC# X35926
Graceville Corr. Facility
5168 Ezell Road
Graceville, FL 32440

U.S. District Court, Northern District
Tallahassee Division
111 North Adams Street Ste. 322
Tallahassee, FL 32301-7717

C.C.: Attorney General
State Capitol, PL-01
Tallahassee, FL 32399-1050



Mr. Joseph W. Allen,
Graceville Corr. Facility
5168 Ezell Road
Graceville, FL 32440

JUN 3 0 2025

United States District Court
Northern District, Tallahassee Division
111 North Adams Street, Suite 322
Tallahassee, FL 32301-7717

Legal Mail

Provided to Graceville Correctional Facility on 6/25/25 for mailing, by W

