UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JOSEPH W. ALLEN,

    Plaintiff,

v().                                                CASE NO.: 4:22cv148-RH-MJF

ROLAND WILKERSON and
TYRONE ASKEW.

    Defendants.
_____/

## **DEFENDANTS' WITNESS LIST**

In accordance with this Court's Order (Doc. 123), **Roland Wilkerson** and **Tyrone Askew** ("Defendants"), hereby submits their Witness List.

## **WILL CALL WITNESS LIST**

1. Roland Wilkerson
2. Tyrone Askew
3. Joseph W. Allen, DC# X35926

## **MAY BE CALLED WITNESS LIST**

4. Adams, Theodore, DC# W47789
5. Alminord, Schneider, DC# W54522
6. Anderson, Melvin, DC# R65990
7. Badger, Harvey M, DC# J48774
8. Battles, Joshua R, DC#T94814
9. Bell, Joshua M, DC# 396452
10. Boyd, Reethan M, DC# B15977
11. Brown, Lester D, DC# D96088

1

12. Burley, Courtney, DC# 128501
13. Camacho, Ivan J, DC# T12200
14. Cannon, Tenelle C, DC# F60254
15. Cartier, Justin K, DC# W41839
16. Chastain, Timothy W, DC# G19083
17. Crystal, Jeff, DC# T40726
18. Daniels, Cassidy, DC# V38405
19. Davis, Harzell L, DC# M69345
20. Dipilla, Charles, DC# Y80787
21. Drisdom, Anthony, DC# W24202
22. Ellenburg, Michael, DC# J54982
23. Flanders, Steven /Patrick, Sean L., DC# 190403
24. Fleming, Millard R, DC# N60962
25. Foust, Zackarah L, DC# C00746
26. Garcia, Felierix, DC# M21253
27. Gardner, Sabir R, DC# 155351
28. Ghent, Stanley F Ii, DC# U71192
29. Gilley, Joseph H, DC# Q22005
30. Grant, Jason, DC# B01886
31. Green, Desmond A, DC# X73765
32. Hales, Rashad, DC# T81755
33. Hamilton, Robert D, DC# 096054
34. Ivey, Tyrone J Jr, DC# I01585
35. Jackson, Jonathan, DC# L48137
36. Jackson, Robert J, DC# 624492
37. Jenkins, Steven B J, DC# K30617
38. Johnson, Justin S, DC# G10787
39. Johnson, Reginald E, DC# X75223
40. Johnson, Trametrich, DC# 122825
41. Johnson, Wayne L, DC# D57053
42. Kaczay, Craig, DC# P91179
43. Kelly, Justin, DC# A51130
44. King, Cedric L, DC# X37638

**EXPERT WITNESSES**

1. Kellie Caswell, RN[1]

Will testify about the contents and terms of Plaintiff's medical record.

2. Dr. Santiago (or alternative FDC medical expert)

To be disclosed in more detail in the expert report. Will testify about Plaintiff's medical history, conditions, and causation of certain alleged injuries and conditions/symptoms.

3. Dr. Cortez (Optometrist)

Will testify about detected Plaintiff's detached retina and potential causation.

4. Dr. Charles Newell:

Will testify about conducting surgery for Plaintiff's detached retina on Nov 29, 2023, at Southern Vitreoretinal, as well as possible causation of the detached retina.

5. Ms. Miranda (mental health specialist)

Will testify about Plaintiff's mental health condition.

6. Dr. Minardi

Will testify about Plaintiff's eye condition after the surgery.

7. R. Vam, RN

Will testify about medical assessment, condition, and observation of Plaintiff after arriving at ACI from BRCF following the alleged fall.

8. Dr. Joseph Baker

Will testify about medical assessment of Plaintiff after arriving at ACI from BRCF following the alleged fall. He was the doctor overseeing the assessment by RN Vam.

---

1 She is intended to be called as a summary witness but has been listed under expert witnesses in an abundance of caution.

Witnesses #3-9 are hybrid witnesses as they are fact witnesses who also have the requisite training, skill, education, and experience that qualify them to provide expert testimony.

                                            Respectfully submitted,

**JAMES UTHMEIER**
ATTORNEY GENERAL

*/s/ Brian Fallon*
Brian R. Flynn-Fallon
Assistant Attorney General
Florida Bar No.: 1044316
Office of the Attorney General
Civil Litigation – North Bureau
PL-01, The Capitol,
Tallahassee, Florida 32399
Telephone: (850) 414-3300
Facsimile: (850) 488-4872
Brian.Fallon@myfloridalegal.com

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing *Defendants' Witness List* has been electronically filed through the CM/ECF system on July 3, 2025, and will be furnished by U.S. mail on July 7, 20252, to: Joseph W. Allen, DC# X35926, Graceville Correctional Facility, 5168 Ezell Rd. Graceville, Florida 32440.

                                            */s/ Brian Fallon*
                                            Brian R. Flynn-Fallon
                                            Assistant Attorney General

---

2 The Attorney General's Office is closed from July 3, 2025, until July 7, 2025. As such, all filing will be mailed once the agency has reopened.