UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JOSEPH W. ALLEN,

    Plaintiff,

v.                                                      CASE NO.: 4:22cv148-RH-MJF

ROLAND WILKERSON and
TYRONE ASKEW.

    Defendants.
_____/

## DEFENDANTS' EXHIBIT LIST

In accordance with this Court's Order (Doc. 123), **Roland Wilkerson** and **Tyrone Askew** ("Defendants"), hereby submits their Exhibit List and Exhibits.

## EXHIBIT LIST

1. Incident Reports (including MINS Incident Reports).
2. Medical records of Plaintiff (including eye records).
3. Plaintiff's property records.
4. Duty Rosters.
5. Transfer Roster.
6. Deposition of Plaintiff.
7. Plaintiff's Administrative Grievances.
8. Plaintiff's Internal movements via CDC
9. Plaintiff's Disciplinary History via CDC.
10. Photos and or graphs of the institution where loading/unloading of prisoners occurs at BRCF.
11. OBIS information/data
12. Certified copies of Plaintiff's convictions.
13. Certified copies of convictions of any inmate witness called by Plaintiff.

14. Plaintiff's classification file.
15. Photos or physical laundry bag.
16. Photos or physical chains and restraints used during the transportation of prisoners.
17. Any exhibit listed by Plaintiff (subject to Defendant's objections).

Respectfully submitted,

**JAMES UTHMEIER**
ATTORNEY GENERAL

*/s/ Brian Fallon*
Brian R. Flynn-Fallon
Assistant Attorney General
Florida Bar No.: 1044316
Office of the Attorney General
Civil Litigation – North Bureau
PL-01, The Capitol,
Tallahassee, Florida 32399
Telephone: (850) 414-3300
Facsimile: (850) 488-4872
Brian.Fallon@myfloridalegal.com

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing *Defendants' Exhibit List* has been electronically filed through the CM/ECF system on July 3, 2025, and will be furnished by U.S. mail on July 7, 2025[1], to: Joseph W. Allen, DC# X35926, Graceville Correctional Facility, 5168 Ezell Rd. Graceville, Florida 32440.

*/s/ Brian Fallon*
Brian R. Flynn-Fallon
Assistant Attorney General

---

[1] The Attorney General's Office is closed from July 3, 2025, until July 7, 2025. As such, all filing will be mailed once the agency has reopened.