In The United States District Court For The
Northern District OF Florida
Tallahassee Division

Joseph W. Allen,
Plaintiff,

Vs.

Case No. 4:22-CV-00148-RH-MJF

Florida Department OF Corrections/
Roland Wilkerson And Tyrone Askew,
et al.,
Defendants...

Provided to Graceville Correctional Facility on 7/7/25 for mailing, by UR /J-W.A

FILED USDC FLND TL JUL 18 '25 PM 2:57

## Update/Status OF Case

Comes Now The Plaintiff Joseph W. Allen Pro-Se And Respectfully Pursuant To Document No. 128 Submits This To The Honorable U.S. District Judge Robert L. Hinkle And The Honorable Asst. Attorney General Brian R. Flynn-Fallon, To Update The Completion OF 388 Exhibits Submitted Minus Two #274 & 316 And Further States:

1. First: Graceville Corr. Facility Librarian Ms. G. Did Complete These Copies On 7-3-2025 At Apprx. 11:00 A:M, After Legal Mail Ran, And Allen Is Submitting This The Next Day OF Legal Mail July 7th., 2025. (Holliday(s)).

2. Allen Has Been Busy Seeking Assistance OF Counsel For Pre-Trial And/Or Trial On 7-17-2025 & 8-11-2025 From The Honorable James V. Cook Attorney Out OF Tallahassee, Florida, With No Responce, Yet To Come.

3. Allen Is Gratefull To The Honorable U.S. District Court, Magistrate Michael J. Frank And Honorable U.S. District Judge Robert L. Hinkle, And I Proclaim Our Father God To Bless You Both Abundantly (Dt. 28:1-14).

4. Allen Is As Ready As I Can Be And Prays For All Parties To Learn How To Apply Our Beautiful Constitutional Right's And To Remember We All Are Human Beings. Thank You, And God Bless.

Respectfully Submitted:

Executed 07 Day OF, July Month OF, 2025 Year.

/s/ Joseph Wayne Allen
Joseph Wayne Allen, D.C. #X35926
Pro-Se