UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JOSEPH W. ALLEN,

    Plaintiff,

v.                                   CASE NO.: 4:22cv148-RH-MJF

ROLAND WILKERSON and
TYRONE ASKEW.

    Defendants.
_____/

## DEFENDANTS' NOTICE OF FILING EXHIBITS UNDER SEAL

In accordance with this N.D. Fla. Loc. R. 5.5 and this Court's Order (Doc. 144 ¶ 6), **Roland Wilkerson** and **Tyrone Askew** ("Defendants"), submit the following Exhibit 140-9 under seal. A CD containing Exhibit 9 will be hand delivered to the U.S. District Court at 111 N. Adams St. Tallahassee, Florida 32301, on July 30, 2025.

1

Respectfully submitted,

**JAMES UTHMEIER**
ATTORNEY GENERAL

*/s/ Brian Fallon*
Brian R. Flynn-Fallon
Assistant Attorney General
Florida Bar No.: 1044316
Office of the Attorney General
Civil Litigation – North Bureau
PL-01, The Capitol
Tallahassee, Florida 32399
Telephone: (850) 414-3300
Brian.Fallon@myfloridalegal.com
*Counsel for Defendants*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing *Defendants' Notice of Filing Exhibits Under Seal* has been electronically filed through the CM/ECF system and will be furnished by U.S. mail on July 30, 2025, to: Joseph W. Allen, DC# X35926, Graceville Correctional Facility, 5168 Ezell Rd. Graceville, Florida 32440.

*/s/ Brian Fallon*
Brian R. Flynn-Fallon
Assistant Attorney General

2