In The United States District Court For The Northern District Of Florida, Tallahassee Division

Joseph W. Allen,
Plaintiff,

Vs.

Case No: 4:22-cv-00148-RH-MJF

Florida Department Of Corr., &
Roland Wilkerson And Tyrone
Askew et al.,
Defendants.

### Plaintiff's Second Witness List; And Corrected Exhibit List Per: The Honorable Court's Direction.

Comes Now The Plaintiff Joseph W. Allen, Pro Se, And Respectfully Pursuant To The Direction Of The Honorable U.S. District Judge Robert L. Hinkle Whom Directed Plaintiff To Submit His Witness List And His Exhibit's To Be More Specific. And Plaintiff Is A Lay Man And Will Try Again, This Follows As Stated From Telephonic Hearing On 07-17-2025:

A.

1) Plaintiff Argues In Doc. 22, Punitive Damages, To Discredit Defendant's Argument From 18 U.S.C. §3626 (a)(1)(A) Defendant States He Is Barred. Plaintiff Argues For Him To Prevail With Punitive Damages And Psychological And Pain & Suffering, Embarrassment And Humiliation He Must Prove Physical Damage Also Cite: Shamaeizadeh Vs. Cunigan, 338 F.3d 535 (6th. Cir. 2003) And Johnson Vs. Breeden, 280 F.3d 1308, 1325 (11th. Cir. 2002) Respectfully.

2) Plaintiff Request Id. Doc. 22, Cat Scan, MRI To Prove The Damages That This Nov. 16th., 2021 Fall Has Caused But Defendant[s] Has Not Complied With These Request So The Two (2) Fla. D.O.C. Officers Sgt. Vice And Lt. Messers Both Say The Sheet Tied Around My Neck And Called For A Psychological Emergency But Medical/Mental Health Never Showed Up To Counsel Allen. But (God Did)

3) When Plaintiff Allen Was Seen By Optometrist Dr. Amy Ruziaka From (D.H.S.) She Said, The Medical Dept., Told Her I Was Lying About My Vision. And Dr. Emily D. Ashmore Can Tell You I Had A Left Retinal Detachment. And Dr. Parks From Jefferson C.I. Was Very Knowledgeable.

1 of 3

B. <u>Medical Exhibits Including Informal & Formal Grievances</u>:

4) All of These Exhibits Are Listed For Pain & Suffering And Request For Testing And Treatment For Pain, Including Sick Calls And Follow Ups. They Are Joseph Allen's Exhibits Listed As: (J.A. Exh.) Followed By #'s Including Amended Affidavit Of Truth And Medical Passes: 66-69; 230; 226; 316; 284-290; 291-304; 228-229; 10-11; 25-26; 33-34; 243-247; 254; 257-261; 263-264; 268-269; 271-283; 320-325; 390; 405-421.

C. <u>A.D.A. Medical Issues With Seeing Hearing And ADA Grade</u>.

5) All Exhibits Are Listed As J.A. Exh. Followed By #'s: 284-290 This Is Repeated (Surgery); 330-345; 348-351; 354; 362-376; 379-380; 391; *329. Also See The First (5) Pages Of A.D.A. Agreement To Show Office Of Health Serv. Our Provider.

D. <u>Taking Of Property And Reprisal</u>

6) All Exhibits Are Listed As J.A. Exh. Followed By #'s: 326-328; 346-347; 352-353; 355-361; 377-378; 381; 382; 383; 384-389; 393-404.

E. <u>Fifth Amended Civil Rights Complaint Form, Doc. 22 (21 Pages)</u>.

F. <u>Defense Exhibit's Listed As Doc. 106-2, 1-479</u>

G. <u>Plaintiff Filed A Notice Of Supplemental Authority On 7-14-2025 In Response To Defendants Doc. 132 & 133, Concerning Rebuttal Of His Two (2) Convictions Listed As</u>: J.A. Exh. 390-458 Only To Show Violations In Dispute Of Both Convictions.

<u>Conclusion</u>:

Wherefore Plaintiff/Appellant Joseph W. Allen Is Grateful To Be Allowed To Clarify His Witness And Exhibits To This Honorable Court / U.S. District Judge. I Pray This Will Help You Understand Mr. Allen's Tragic Event. God Bless.

Respectfully Submitted

07-18-2025

*Joseph Wayne Allen*
Joseph W. Allen, DC#X35926
Pro Se

2 of 3

Certificate Of Service

I Hereby Certify That This Instrument Has Been Given To Graceville C.F. To The Mail Handlers Pursuant To <u>Fla. R. App. Proc. 9.420 (a)(2)</u> For Mailing On <u>18th</u> Day Of, ~~July~~ Month Of, <u>2025</u> Year Of Our Lord And Sent By U.S. First Class Prepaid Postage And Sent To: <u>1) The Honorable U.S. Judge Robert L. Hinkle</u>, at United States District Court, 111 N. Adams Street Suite 322, ~~Tallahassee, FL 32301-7717 ; 2) The Honorable Asst. Attorney General~~ Brian R. Fallon-Flynn at, The State Capitol PL-01, Tallahassee, FL 32399-1050. *2)

Respectfully Submitted;

/S/ Joseph Wayne Allen

Mr. Joseph Wayne Allen, D.C.#X35926, Pro Se
Gracevill Corr. Facility
5168 Ezell Road
Graceville, FL 32440

*2) I Believe Me And My Father Are Going To Trial, Sorry To Suprise You Sir,
    I Tried To Use A Attorney. (EL Shaddai).
    It Is Possible James Cook Will Help. We Will See.

Mr. Joseph W. Allen
Graceville Corr. Facility
5168 Ezell Rd.
Graceville, FL 32440

PENSACOLA FL 325
23 JUL 2025 AM 2 L

JUL 2 8 2025

Provided to Graceville Correctional Facility on 7/21/25 for mailing, by UR

United States District Court
Honorable Robert L. Hinkle
111 North Adams Street Suite 322
Tallahassee, FL 32301

Legal Mail

32301-773097

LEGAL MAIL